# United States Bankruptcy Court
## Eastern District of Michigan

In re   Derrick D. Coleman

_____,
Debtor

Case No.   10-46419

Chapter   7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 365,000.00 | | |
| B - Personal Property | Yes | 5 | 665,419.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,900,211.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 139,678.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 50 | | 2,624,182.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 24 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,993.00 |
| Total Number of Sheets of ALL Schedules | | 95 | | | |
| Total Assets | | | 1,030,419.00 | | |
| Total Liabilities | | | | 4,664,071.00 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

.

# United States Bankruptcy Court

## Eastern District of Michigan

In re    Derrick D. Coleman                             ,    Case No.    10-46419

                                       Debtor                  Chapter                  7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re    Derrick D. Coleman                                   ,    Case No.    10-46419

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Personal residence<br>195 Charrington Court, Beverly Hills, MI 48025<br>(joint with non-filing spouse, Gina M. Coleman, $100,000.00 total)<br>2009 SEV $168,100.00 | Tenancy by the Entireties | J | 50,000.00 | 7,603.00 |
| Mother's home<br>30615 Vernon Drive, Beverly Hills, MI 48025<br>(Quit Claimed signed 5/1/2002 and filed in 2010)<br>2009 SEV $191,390.00 | Fee simple | - | 100,000.00 | 6,337.00 |
| Condo<br>811 Pallister, Detroit, MI 48205<br>(Aunt is living in property) (maybe owned by D.C. Investments, LLC)<br>(foreclosure sale may have already happened) | Redemption period | - | 40,000.00 | 196,919.00 |
| 1850 Hill Road, White Lake Township | Fee simple | - | 175,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 365,000.00 | (Total of this page) |
| Total > | 365,000.00 | |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

In re    Derrick D. Coleman                             ,    Case No.    10-46419

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan Chase - ending 1805 | - | 5,898.00 |
| | | Comerica - checking acct. no. xxxxxx4123 | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furniture including computer equipment (joint with non-filing spouse, $7,000.00 total) | J | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 600 CDs, 250 DVDs and 200 books (joint with non-filing spouse, $1,050.00 total) | J | 525.00 |
| 6. Wearing apparel. | | Clothing | - | 15,000.00 |
| 7. Furs and jewelry. | | 2 chinchilla fur coats and 3 mink fur coats - $3,000.00 each | - | 15,000.00 |
| | | Jewelry - wedding band, etc. | - | 3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf clubs, fishing equipment, exercise equipment, digital camera and video camera (joint with non-filing spouse, $1,000.00 total) | J | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln Financial Group life insurance policy, cash surrender value | - | 257,219.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 300,743.00 |
|---|---|---|
|  | (Total of this page) | |

_4_ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re    Derrick D. Coleman                            ,    Case No.    10-46419

**Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | ING Group 401(k) | - | 191,740.00 |
| | | Pension from NBA - not currently collecting - (Debtor cannot collect until the age 45) | - | 1.00 |
| | | NBPA/NBA supplemental benefit plan | - | 90,735.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | DD One, LLC a/k/a HH One, LLC d/b/a Hungry Howies, Detroit, MI - sole owner - currently operating Assets do not exceed liabilities | - | Unknown |
| | | DC Investments, LLC - holding company - currently operating - sole owner (owns property on Linwood in Detroit and 41 acres in Highland Twp.) Assets do not exceed liabilities | - | Unknown |
| | | D&N Ventures, LLC - sole owner - currently operating (owns apartment complex in Paterson, New Jersey Assets do not exceed liabilities | - | Unknown |
| | | 34-44, LLC d/b/a Tim Hortons - 50% member (joint with Walter Bender) - currently operating Assets do not exceed liabilities | - | Unknown |
| | | Derrick Coleman Enterprises, LLC - sole owner - currently operating Assets do not exceed liabilities | - | Unknown |
| | | Hilton Garden Suite, LLC a/k/a DHG Associates, LP- (hotel downtown Detroit) - 26% member Assets do not exceed liabilities | - | Unknown |
| | | Barber Lounge, LLC - currently operating - sole owner Assets do not exceed liabilities | - | Unknown |
| | | Derrick Coleman Foundation, non-profit ($300,000.00 grant stripmall) Assets do not exceed liabilities | - | Unknown |
| | | Colman's Corner, LLC - strip mall Linwood property | - | Unknown |

Sub-Total >     282,476.00
(Total of this page)

Sheet   1   of   4   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re __Derrick D. Coleman__ ,     Case No. __10-46419__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | SGB Acquisition Group, LLC d/b/a Sweet Georgia Brown- no longer operating Assets do not exceed liabilities | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Harold C. MacDonald, Esq. - uncollectable $700,000.00 (Debtor has a judgment) | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 + 2009 taxes have not been filed | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Derrick D. Coleman Trust agreement dated October 10, 1990, as amended and restated | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | In Re Dell, Inc. Securities Litigation Case No. A-06-CA-726-SS - class action | - | Unknown |
| | | In Re Marsh & McLennan Companies, Inc., Securities Litigation Case No. 04-CV-08144 (CM) - class action | - | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | The Watermark Detroit investment/Spingarn Development, LLC - The investment fell though. Debtor does not know if he is entitled to a refund of his investment. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Tim Horton Franchise | - | Unknown |
| | | Hungry Howie Franchise | - | Unknown |

Sub-Total >     0.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re   Derrick D. Coleman                                                                    ,    Case No.      10-46419
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1957 Buick Convertible (Debtor could not obtain the title because the receiver has all titles frozen) | - | 20,000.00 |
| | | 1970 Chevrolet Nova (in New Jersey) (Debtor could not obtain the title because the receiver has all titles frozen) | - | 5,000.00 |
| | | 1997 Bentley Convertible (in New Jersey) (in the Receiver's possession) | - | 50,000.00 |
| | | 1993 Karavan Trailer (for jet ski) | - | 100.00 |
| | | 2001 Hoosier Trailer (for Seadoo) | - | 100.00 |
| | | 2006 Land Rover Range (in the Receiver's possession) | - | 5,000.00 |
| | | 2000 Seadoo GTX | - | 1,000.00 |
| | | 2000 Seadoo DTX | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          82,200.00
(Total of this page)

Sheet   3   of   4   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                    Best Case Bankruptcy

In re    <u>Derrick D. Coleman</u>                   ,      Case No.   <u>10-46419</u>

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 665,419.00 |

Sheet  <u>4</u>  of  <u>4</u>  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    Derrick D. Coleman                                                        , Case No.    10-46419
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Personal residence 195 Charrington Court, Beverly Hills, MI 48025 (joint with non-filing spouse, Gina M. Coleman, $100,000.00 total) 2009 SEV $168,100.00 | Mich. Comp. Laws §§ 600.5451(1)(o), 600.6023a | 42,397.00 | 50,000.00 |
| Mother's home 30615 Vernon Drive, Beverly Hills, MI 48025 (Quit Claimed signed 5/1/2002 and filed in 2010) 2009 SEV $191,390.00 | Mich. Comp. Laws § 600.5451(1)(n) | 51,650.00 | 100,000.00 |
| 1850 Hill Road, White Lake Township | Mich. Comp. Laws § 600.5451(1)(n) | 0.00 | 175,000.00 |
| **Cash on Hand** | | | |
| Cash | Mich. Comp. Laws § 600.5451(1)(b) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| JP Morgan Chase - ending 1805 | Mich. Comp. Laws § 600.5451(1)(b) | 5,898.00 | 5,898.00 |
| Comerica - checking acct. no. xxxxxx4123 | Mich. Comp. Laws § 600.5451(1)(b) | 1.00 | 1.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furniture including computer equipment (joint with non-filing spouse, $7,000.00 total) | Mich. Comp. Laws § 600.5451(1)(h) Mich. Comp. Laws § 600.5451(1)(a)(i) Mich. Comp. Laws § 600.5451(1)(c) | 500.00 100% 3,000.00 | 3,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 600 CDs, 250 DVDs and 200 books (joint with non-filing spouse, $1,050.00 total) | Mich. Comp. Laws § 600.5451(1)(a)(i) | 525.00 | 525.00 |
| **Wearing Apparel** | | | |
| Clothing | Mich. Comp. Laws § 600.5451(1)(a)(iii) | 15,000.00 | 15,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry - wedding band, etc. | Mich. Comp. Laws § 600.5451(1)(c) | 450.00 | 3,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Golf clubs, fishing equipment, exercise equipment, digital camera and video camera (joint with non-filing spouse, $1,000.00 total) | Mich. Comp. Laws § 600.5451(1)(c) | 0.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| Lincoln Financial Group life insurance policy, cash surrender value | Mich. Comp. Laws § 500.2207 Mich. Comp. Laws § 500.2209 | 257,219.00 100% | 257,219.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| ING Group 401(k) | Mich. Comp. Laws § 600.5451(1)(l) Mich. Comp. Laws § 600.5451(1)(m) 11 USC 541(c)(2) | 191,740.00 100% 100% | 191,740.00 |

  2   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,    Case No.    10-46419
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Pension from NBA - not currently collecting - (Debtor cannot collect until the age 45) | Mich. Comp. Laws § 600.5451(1)(l)<br>Mich. Comp. Laws § 600.5451(1)(m)<br>11 USC 541(c)(2) | 100%<br>100%<br>100% | 1.00 |
| NBPA/NBA supplemental benefit plan | Mich. Comp. Laws § 600.5451(1)(l)<br>Mich. Comp. Laws § 600.5451(1)(m)<br>Mich. Comp. Laws § 600.5451(1)(j) | 90,735.00<br>100%<br>100% | 90,735.00 |
| Stock and Interests in Businesses<br>DD One, LLC a/k/a HH One, LLC d/b/a Hungry Howies, Detroit, MI - sole owner - currently operating<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| DC Investments, LLC - holding company - currently operating - sole owner (owns property on Linwood in Detroit and 41 acres in Highland Twp.)<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| D&N Ventures, LLC - sole owner - currently operating (owns apartment complex in Paterson, New Jersey<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| 34-44, LLC d/b/a Tim Hortons - 50% member (joint with Walter Bender) - currently operating<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| Derrick Coleman Enterprises, LLC - sole owner - currently operating<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| Hilton Garden Suite, LLC a/k/a DHG Associates, LP- (hotel downtown Detroit) - 26% member<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| Barber Lounge, LLC - currently operating - sole owner<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| Derrick Coleman Foundation, non-profit ($300,000.00 grant stripmall)<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| Colman's Corner, LLC - strip mall Linwood property | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| SGB Acquisition Group, LLC d/b/a Sweet Georgia Brown- no longer operating<br>Assets do not exceed liabilities | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| Other Contingent and Unliquidated Claims of Every Nature<br>The Watermark Detroit investment/Spingarn Development, LLC - The investment fell though. Debtor does not know if he is entitled to a refund of his investment. | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re     Derrick D. Coleman                         ,      Case No.     10-46419

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Licenses, Franchises, and Other General Intangibles** | | | |
| Tim Horton Franchise | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| Hungry Howie Franchise | Mich. Comp. Laws § 600.5451(1)(k) | Unknown | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Land Rover Range (in the Receiver's possession) | Mich. Comp. Laws § 600.5451(1)(g) | 3,175.00 | 5,000.00 |
| | Total: | 1,488,062.00 | 898,219.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re    Derrick D. Coleman                                        Case No.    10-46419
_____,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 195 Charrington Court<br><br>Charrington Crossing Condo Assn.<br>140 Charrington Court<br>Beverly Hills, MI 48025 | X | J | 2004/$570.00 yearly/current<br>Association dues<br>Personal residence<br>195 Charrington Court, Beverly Hills, MI 48025<br>(joint with non-filing spouse, Gina M. Coleman, $100,000.00 total)<br>2009 SEV $168,100.00 | | | | | |
| | | | Value $            50,000.00 | | | | 570.00 | 0.00 |
| Account No. H1113427016/H1113428003<br><br>Charter Township of Highland<br>205 N. John St.<br>Highland, MI 48357 | | H | 2009<br><br>Property taxes<br><br>Property taxes | | | | | |
| | | | Value $            0.00 | | | | 2,650.00 | 2,650.00 |
| Account No. H1113427016<br><br>Charter Township of Highland<br>205 N. John St.<br>Highland, MI 48357 | | H | 2009<br><br>Property taxes | | | | | |
| | | | Value $            0.00 | | | | 53.00 | 53.00 |
| Account No. H1113428003<br><br>Charter Township of Highland<br>205 N. John St.<br>Highland, MI 48357 | | H | 2009<br><br>Property taxes | | | | | |
| | | | Value $            0.00 | | | | 1,038.00 | 1,038.00 |

___3___ continuation sheets attached

Subtotal
(Total of this page)         4,311.00         3,741.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                                    Case No.    10-46419
                                                                        ,
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. H1113428041<br><br>Charter Township of Highland<br>205 N. John St.<br>Highland, MI 48357 | | H | 2009<br><br>Property taxes<br><br>Value $            0.00 | | | | 6,287.00 | 6,287.00 |
| Account No.<br><br>City of LathrupVillage<br>27400 Southfield Road<br>Southfield, MI 48076 | | - | water bill<br>Personal residence<br>195 Charrington Court, Beverly Hills, MI 48025<br>(joint with non-filing spouse, Gina M. Coleman, $100,000.00 total)<br>2009 SEV $168,100.00<br>Value $          50,000.00 | | | | 424.00 | 0.00 |
| Account No. 00603000123705<br><br>JP Morgan Chase<br>PO Box 9001034<br>Louisville, KY 40290-1034 | | H | 2005/arrears - foreclosure sale 10/13/09<br><br>Line of credit - Quit Claim Deed to Robert Paschall<br><br>1888 Lockwood, Highland, MI  48356-2841 (lots 105 + 106)<br>Value $         900,000.00 | | | | 404,033.00 | 404,033.00 |
| Account No. Y1217376001<br><br>Oakland County Treasurer<br>Building 12 E Dept. 479<br>1200 N Telegraph Rd.<br>Pontiac, MI 48341-0479 | X | H | 2008<br><br>Property taxes<br><br>Property taxes for Township of White Lake<br><br>Value $            0.00 | | | | 15,772.00 | 15,772.00 |
| Account No. H1113427016/H1113428003<br><br>Oakland County Treasurer<br>Building 12 E Dept. 479<br>1200 N Telegraph Rd.<br>Pontiac, MI 48341-0479 | | H | 2008<br><br>Property taxes<br><br>Property taxes<br>H1113428041, TH2401477038<br><br>Value $            0.00 | | | | 51,833.00 | 51,833.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 478,349.00 | 477,925.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re　Derrick D. Coleman　　　　　　　　　　　　　　　　　　　　　　　，　Case No.　10-46419
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. TH 2401477038 | | | 2008 - 2010 Property taxes | | | | | |
| Oakland County Treasurer Building 12 E Dept. 479 1200 N Telegraph Rd. Pontiac, MI 48341-0479 | | - | Personal residence 195 Charrington Court, Beverly Hills, MI 48025 (joint with non-filing spouse, Gina M. Coleman, $100,000.00 total) 2009 SEV $168,100.00 | | | | | |
| | | | Value $　　　50,000.00 | | | | 0.00 | 0.00 |
| Account No. 0000448076/448049 | | | 2001/arrears Mortgage- foreclosure 8/19/09 | | | | | |
| PNC Mortgage Corp. PO Box 1820 Dayton, OH 45401-1820 | X | J | Condo 2522 Woodward Ave., Detroit, MI 48205 - $40,000.00 (foreclosure sale date 8/27/09) (joint with Yvonne E. Sesko) | | | | | |
| | | | Value $　　　40,000.00 | | | | 200,274.00 | 160,274.00 |
| Account No. | | | | | | | | |
| Orlans & Associates, P.C. PO Box 5041 Troy, MI 48007-5041 | | | Representing: PNC Mortgage Corp. | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. 448049/448076 | | | 2001/arrears Mortgage | | | | | |
| PNC Mortgage Corp. PO Box 1820 Dayton, OH 45401-1820 | | H | Condo 811 Pallister, Detroit, MI 48205 (Aunt is living in property) (maybe owned by D.C. Investments, LLC) (foreclosure sale may have already happened) | | | | | |
| | | | Value $　　　40,000.00 | | | | 196,919.00 | 156,919.00 |
| Account No. | | | | | | | | |
| Orlans & Associates, P.C. PO Box 5041 Troy, MI 48007-5041 | | | Representing: PNC Mortgage Corp. | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet　2　of　3　continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)　　397,193.00　　317,193.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　Best Case Bankruptcy

In re  Derrick D. Coleman                                    ,     Case No.  10-46419
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 0014841217 | | | | 1998/arrears- Quit Claim Deed to Robert Paschall | | | | | |
| TMST Home Loans, Inc. f/k/a Thornburg Mortgage Home Loans PO Box 77404 Trenton, NJ 08628 | | H | | Mortgage- sheriff's deed 10/13/2009<br><br>1888 Lockwood, Highland, MI 48356-2841 (lots 105 + 106) | | | | | |
| | | | | Value $ 900,000.00 | | | | 1,007,412.00 | 107,412.00 |
| Account No. | | | | Representing: TMST Home Loans, Inc. | | | | | |
| Schneiderman & Sherman, P.C. 23100 Providence Drive Suite 450 Southfield, MI 48075 | | | | | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. TH2401477038 | | | | 2009/current Property taxes Personal residence 195 Charrington Court, Beverly Hills, MI 48025 (joint with non-filing spouse, Gina M. Coleman, $100,000.00 total) 2009 SEV $168,100.00 | | | | | |
| Township of Southfield 18550 W. Thirteen Mile Road Southfield Township, MI 48025 | X | | J | | | | | | |
| | | | | Value $ 50,000.00 | | | | 6,609.00 | 0.00 |
| Account No. TH2410126014 | | | | 2009/current Property taxes Mother's home 30615 Vernon Drive, Beverly Hills, MI 48025 (Quit Claimed signed 5/1/2002 and filed in 2010) 2009 SEV $191,390.00 | | | | | |
| Township of Southfield 18550 W. Thirteen Mile Road Southfield Township, MI 48025 | | H | | | | | | | |
| | | | | Value $ 100,000.00 | | | | 6,337.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  3  of  3  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,020,358.00 | 107,412.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,900,211.00 | 906,271.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

.

In re    Derrick D. Coleman                              ,     Case No.     10-46419

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

In re     Derrick D. Coleman                                   Case No.    10-46419
                                        **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Y1217376001<br><br>Charter Township of White Lake<br>7525 Highalnd Road<br>White Lake, MI 48383 | X | - | 2008<br><br>Property taxes | | | | Unknown | Unknown | Unknown |
| Account No. 7674/7455/7454/ various<br><br>City of Detroit - Treasury Division<br>Coleman A. Young Municipal Center<br>2 Woodward Ave., Room 120<br>Detroit, MI 48226 | X | - | 2008 - 2010<br><br>Taxes | | | | Unknown | Unknown | Unknown |
| Account No.<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | H | Business taxes only | | | | Unknown | Unknown | Unknown |
| Account No. 203841148<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | X | H | 2007<br><br>941 taxes | | | | 32,948.00 | 0.00 | 32,948.00 |
| Account No. 38-3634006<br><br>Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 | X | H | Business taxes only | | | | Unknown | Unknown | Unknown |

Sheet _1_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 32,948.00 | 32,948.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    Derrick D. Coleman                                                    ,    Case No.    10-46419
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | |
| Assistant Attorney General 3030 W. Grand Blvd., Suite 10-220 Detroit, MI 48202 | | | Representing: Michigan Department of Treasury | | | | Notice Only | |
| **Account No.** | | | | | | | | |
| Michigan Department of Treasury Collection/Bankruptcy Unit PO Box 30168 Lansing, MI 48909 | | | Representing: Michigan Department of Treasury | | | | Notice Only | |
| **Account No.** ME0155326 | X | H | 4/08 - 2009 Sales tax | | | | 106,730.00 | 0.00 106,730.00 |
| Michigan Department of Treasury Collection/Bankruptcy Unit PO Box 30168 Lansing, MI 48909 | | | | | | | | |
| **Account No.** | | | | | | | | |
| Assistant Attorney General 3030 W. Grand Blvd., Suite 10-220 Detroit, MI 48202 | | | Representing: Michigan Department of Treasury | | | | Notice Only | |
| **Account No.** | | | | | | | | |
| Michigan Department of Treasury Collection/Bankruptcy Unit PO Box 30168 Lansing, MI 48909 | | | Representing: Michigan Department of Treasury | | | | Notice Only | |

Sheet  2   of  3   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
106,730.00        106,730.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    Derrick D. Coleman
_____,    Case No.    10-46419
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. FME0262592 <br><br> Michigan Department of Treasury Collection/Bankruptcy Unit PO Box 30168 Lansing, MI 48909 | X | H | 2007 + 2008 <br><br> Sales, Use, Withholding taxes | | | | Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> Assistant Attorney General 3030 W. Grand Blvd., Suite 10-220 Detroit, MI 48202 | | | Representing: Michigan Department of Treasury | | | | Notice Only | |
| Account No. <br><br> Michigan Department of Treasury Collection/Bankruptcy Unit PO Box 30168 Lansing, MI 48909 | | | Representing: Michigan Department of Treasury | | | | Notice Only | |
| Account No. xxx-xx-4986 <br><br> Philadelphia Department of Revenue Employee Earnings Tax PO Box 1648 Philadelphia, PA 19105-1648 | | H | | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. 7455/7456/various <br><br> Wayne County Treasurer Raymond J. Wojtowicz 400 Monroe, 5th Floor Detroit, MI 48226-2942 | X | - | Unknown <br><br> Property taxes | | | | Unknown | Unknown <br><br> Unknown |

Sheet  3  of  3   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 <br> 0.00 |
| Total (Report on Summary of Schedules) | 139,678.00 | 0.00 <br> 139,678.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                                          ,     Case No.    10-46419
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 19924<br><br>45 Uptown Row at New Center<br>c/o The Highlander Group, Inc.<br>1899 Orchard Lake Road, Ste. 204<br>Keego Harbor, MI 48320 | X | - | Services | | | | 480.00 |
| Account No.<br><br>Uptown Row at New Center<br>c/o The Highlander Group, Inc.<br>PO Box 63183<br>Phoenix, AZ 85082-3183 | | | Representing:<br>45 Uptown Row at New Center | | | | Notice Only |
| Account No.<br><br>46th Dist Court<br>26000 Evergreen<br>Southfield, MI 48076 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>A B Diversified<br>1176 State Route 9<br>Champlain, NY 12919 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |

|  | Subtotal (Total of this page) | 480.00 |
|---|---|---|

__49__  continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:23809-100329   Best Case Bankruptcy

In re   Derrick D. Coleman                                          ,   Case No. _____10-46419_____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>Accident Fund<br>PO Box 77000<br>Dept. 77125<br>Detroit, MI 48277-0125 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 10017960<br><br>Advance Restaurant Finance, LLc<br>c/o Stillman Law Office<br>7091 Orchard Lake Road, Suite 270<br>West Bloomfield, MI 48322-3654 | | H | | | Potential personal liability of corporate indebtedness | | | | 51,300.00 |
| Account No.<br><br>Advanced Packaging<br>1365   38th Street<br>Brooklyn, NY 11218 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 8767098<br><br>AGS Footwear<br>P O Box 6444<br>11234 Air Park Road<br>Ashland, VA 23005 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 982970660<br><br>Allied Insurance<br>P O Box 10479<br>Des Moines, IA 50306 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __1__ of __49__ sheets attached to Schedule of                                    Subtotal                51,300.00
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re　Derrick D. Coleman　　　　　　　　　　　　　　　　　　　　Case No.　10-46419
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. 30241024854 | | | | | Potential personal liability of corporate indebtedness | | | | |
| Allied Waste 1633 Highwood W Pontiac, MI 48340 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Allied Waste P O Box 9001099 Louisville, KY 40290 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Allora Sky High Unlimited 1375 Washington Los Angeles, CA 90021 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Allstate Insurance 75 Executive Parkway Hudson, OH 44237 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Amalgamated Cotton 333 Westchester West Harrison, NY 10604 | X | - | | | | | | | Unknown |

Sheet no. __2__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re   Derrick D. Coleman                                    ,          Case No.     10-46419
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.

Amalgamated Fund Life
333 Westchester
West Harrison, NY 10604 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.

American Ad Specialties
1026 Midland
Royal Oak, MI 48073 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 8420771111/349990709740

American Express
c/o Law Offices of Mitchell N. Kay, PC
PO Box 9006
Smithtown, NY 11787-9006 | | H | | 1990
Credit card purchases | | | | 16,933.00 |
| Account No.

Law Offices of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001-3995 | | | | Representing:
American Express | | | | Notice Only |
| Account No. 371700046212003/09244101060

Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002-6314 | | | | Representing:
American Express | | | | Notice Only |

Sheet no. __3__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,933.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                        Best Case Bankruptcy

In re __Derrick D. Coleman__ ,  Case No. ___10-46419___

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 349991425506<br><br>American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | | H | | | 1990<br>Credit card purchases | | | | 1,105.00 |
| Account No. 37153831717582005<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>American Hanger<br>410 Clermont Terrance<br>Union, NJ 07083 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>American Speedy Printing<br>28841 Southfield<br>Southfield, MI 48076 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Ameritech<br>Bill Payment Center<br>Saginaw, MI 48663 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __4__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,105.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    Derrick D. Coleman                                                    ,    Case No.      10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Amica P O Box 9128 Providence, RI 02940 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Angelino 4601 StSte Avenue #8 Kansas City, KS 66102 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Angelino's Men's Wear 1006 S Olive STreet Los Angeles, CA 90015 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Angelo 110 E 9th #A485 Los Angeles, CA 90079 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Arbor Springs Water 855 E Cambourne Ferndale, MI 48220 | X | - | | | | | | Unknown |

Sheet no. __5__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re __Derrick D. Coleman__ , Case No. ___10-46419___
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 248569540509 | | | | Potential personal liability of corporate indebtedness | | | | |
| AT&T P O Box 8100 Aurora, IL 60507 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| AT&T P O Box 6416 Aurora, IL 60507 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. 20007347892 | | | | Potential personal liability of corporate indebtedness | | | | |
| AT&T Advertising 100 Big Beaver  13th Floor Troy, MI 48083 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| ATT Yellow Pages P O Box 8112 Aurora, IL 60507 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Banasch's 3380 Red Bank Road Cincinnati, OH 45212 | X | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __6__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re      Derrick D. Coleman                                                    ,        Case No.        10-46419

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Case No. L-1739-07 | | | | | Potential personal liability of corporate indebtedness | | | | |
| Banc of America Leasing and Capital, LLC c/o Nicola G. Suglia Esq. Plaza 1000 at Main St., Suite 208 Voorhees, NJ 08043 | X | - | | | | | | | 64,753.00 |
| Account No. | | | | | | | | | |
| Jeffrey A. Cohen, Esq. 1810 Chapel Ave. West. Cherry Hill, NJ 08002 | | | | | Representing: Banc of America Leasing and Capital, LLC | | | | Notice Only |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Bank One Cardmember Service P O Box 94014 Palatine, IL 60094 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Bardini 901 S Main Los Angeles, CA 90015 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Bassiri Inc 1440 E Washington Los Angeles, CA 90021 | X | - | | | | | | | Unknown |

Sheet no. __7__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            64,753.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

In re    Derrick D. Coleman                                          ,          Case No.    10-46419
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Potential personal liability of corporate indebtedness | | | | |
| Belvedere 7075 Commerce Circle #C Pleasanton, CA 94588 | X | - | | | | | | Unknown |
| **Account No.** | | | | Potential personal liability of corporate indebtedness | | | | |
| Bishop Evans | X | - | | | | | | Unknown |
| **Account No.** 627760000330 | | | | Potential personal liability of corporate indebtedness | | | | |
| Blue Cross Blue Shield P O Box 660820 Dallas, TX 75266 | X | - | | | | | | Unknown |
| **Account No.** | | | | Potential personal liability of corporate indebtedness | | | | |
| Blue Cross Blue Shield P O Box 79001 Detroit, MI 48279 | X | - | | | | | | Unknown |
| **Account No.** | | | | Attorney fees | | | | |
| Bodman, LLP 6th Floor at Ford Field 1901 St. Antoine St. Detroit, MI 48226 | | - | | | | | | Unknown |

Sheet no.   8    of   49    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                                    , Case No. _____10-46419_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. Case No. BUR-L-002028-07 Canon Financial Services, Inc. c/o Howard N. Sobel, Esq. 507 Kresson Road, PO Box 1525 Voorhees, NJ 08043 | X | H | | | Potential personal liability of corporate indebtedness Judgment | | | | 103,888.00 |
| Account No. CBS Radio 22800 Network Place Chicago, IL 60673 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. Cecilia Simmons, CPA 27881 Southfield Road Lathrup Village, MI 48076 | | H | | | Accountant | | | | 0.00 |
| Account No. Certified Valuations, Inc. 447 Route 10 Suite 8 Randolph, NJ 07869 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. Chase Bank Cardmember Service PO Box 94014 Palatine, IL 60094-4014 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. _9_ of _49_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,888.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re    Derrick D. Coleman                                    , Case No.    10-46419
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 424631136141 <br><br> Chase Bank USA, NA <br> 800 Brooksedge Blvd. <br> Westerville, OH 43081-2822 | | H | | | 2004 <br> Credit card purchases | | | | 15,732.00 |
| Account No. 436616307936 <br><br> Chase Bank USA, NA <br> 800 Brooksedge Blvd. <br> Westerville, OH 43081-2822 | | H | | | 1996 <br> Credit card purchases | | | | 1.00 |
| Account No. <br><br> Chicago & Midwest Regional <br> 333 South Ashland <br> Chicago, IL 60607 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Christopher Lena <br> 937 Sandhill <br> Carson, CA 90746 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Christopher Lena <br> 937 E Sandhill Lane <br> Carson, CA 90746 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no.  10  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,733.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                   ,        Case No.      10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CIT <br> 134 Wooding <br> Danville, VA 24552 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. Case No. GC 093764 <br><br> CIT Group Commercial <br> c/o John F. Muller, Jr., Esq. <br> 33233 Woodward Ave. <br> Birmingham, MI 48009 | X | - | | 2009 <br> Lawsuit | | | | Unknown |
| Account No. <br><br> City of Detroit Treasurer <br> P O Box 67000 <br> Detroit, MI 48267 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> City Suites, Inc. <br> 65 Cadillac Square <br> Suite 2200 <br> Detroit, MI 48226 | X | - | | Services | | | | 1,175.00 |
| Account No. Case No. GC093468 <br><br> Civil & Environmental Consultants <br> c/o Robert W. Warner, Esq. <br> 707 E. Maple Road, Ste. 102 <br> Troy, MI 48083 | | H | | 2009 <br> Lawsuit | | | | 4,495.00 |

Sheet no. __11__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,670.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                                                    ,    Case No.    10-46419
_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Cole Haan Coast to Coast Collectibles 366 N Broadway Jericho, NY 11753 | X | - | | | | | | Unknown |
| Account No. | | | | Representing: Cole Haan | | | | |
| Muller Muller Richmond et al 33233 Woodward Birmingham, MI 48012 | | | | | | | | Notice Only |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Coleman Wolf Supply 15201 E 11 Mile Road Roseville, MI 48066 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Comcast Spotlight P O Box 850054433 Philadelphia, PA 19178 | X | - | | | | | | Unknown |
| Account No. Case No. 09-103120-CK | | | | Lawsuit | | | | |
| Comerica Bank c/o Dawda, Mann, Mulcahy & Sadler, PLC 39533 Woodward Ave., Suite 200 Bloomfield Hills, MI 48304 | X | H | | | | | | 1,317,585.00 |

Sheet no.  12  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,317,585.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,         Case No.    10-46419
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> David Findling, Esq. <br> 415 S. West St. <br> Suite 200 <br> Royal Oak, MI 48067 | | | Representing: <br> Comerica Bank | | | | Notice Only |
| Account No. 98-9513278-4 <br><br> Comerica Bank <br> One Detroit Center <br> 500 Woodward Avenue <br> Detroit, MI 48226 | | H | Notice only | | | | 0.00 |
| Account No. <br><br> Comerica <br> PO Box 641618 <br> Detroit, MI 48264-1618 | | | Representing: <br> Comerica Bank | | | | Notice Only |
| Account No. <br><br> Comerica Bank <br> c/o Dawda, Mann, Mulcahy & Sadler, PLC <br> 39533 Woodward Ave., Suite 200 <br> Bloomfield Hills, MI 48304 | | | Representing: <br> Comerica Bank | | | | Notice Only |
| Account No. 98-95187184 <br><br> Comerica Bank <br> One Detroit Center <br> 500 Woodward Avenue <br> Detroit, MI 48226 | X | H | Potential personal liability of corporate indebtedness | | | | 564,067.00 |

Sheet no.  13  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          564,067.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re __Derrick D. Coleman__ , Case No. __10-46419__
  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Consumer & Industry Ser Corp. Division 7150 Harris Drive Lansing, MI 48909 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Consumers Energy Bankruptcy Department 4600 Coolidge Hwy Royal Oak, MI 48073 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Couzens Lansky Fealk 39395 W 12 Mile Farmington, MI 48331 | X | - | | | | | | | Unknown |
| Account No. 10032 | | | | | Potential personal liability of corporate indebtedness | | | | |
| Crown Clothing 340 Vanderbilt Norwood, MA 02062 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Cyberlink SYstems 738 N Denwood Dearborn, MI 48128 | X | - | | | | | | | Unknown |

Sheet no. __14__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re    Derrick D. Coleman                                                ,        Case No.    10-46419
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. None<br><br>Dave Bing<br>178 Keelson<br>Detroit, MI 48215 | | H | 2009<br>Loan | | | | 50,000.00 |
| Account No.<br><br>David P. Larsen, Esq.<br>Bodman, LLP<br>6th Fl @ Ford Field, 1901 St. Antoine St<br>Detroit, MI 48226 | | H | Attorney fees | | | | Unknown |
| Account No.<br><br>Deedra Wolas, CPA, PLLC<br>38505 Woodward Ave.<br>Suite 1700<br>Bloomfield Hills, MI 48304 | | H | Accounting services | | | | Unknown |
| Account No.<br><br>Deference<br>c/o Capital Factors<br>P O Box 628067<br>Orlando, FL 32862 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Deference Corp<br>333 Earle Ovinston<br>Uniondale, NY 11553 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __15__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            50,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,    Case No.    10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Case No. 09011091DAH | | | | Lawsuit | | | | |
| Department of Administrative Hearings 561 East Jefferson Ave. Detroit, MI 48226 | X | - | | | | | | Unknown |
| Account No. 153553 | | | | Complaint | | | | |
| Department of Energy Wage and Hour Division PO Box 30476 Lansing, MI 48909-7976 | X | H | | | | | | 4,500.00 |
| Account No. | | | | | | | | |
| David P. Larsen, Resident Agent 6th Floor at Ford Field 1901 St. Antoine St. Detroit, MI 48226 | | | | Representing: Department of Energy | | | | Notice Only |
| Account No. | | | | | | | | |
| Department of Labor P O Box 30768 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Detroit Branch-NAACP 2900 E. Grand Blvd. Detroit, MI 48202 | X | - | | | | | | Unknown |

Sheet no. __16__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        4,500.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman
                                                                    ,   Case No.  10-46419
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Detroit Economic Growth 500 Griswold #2200 Detroit, MI 48226 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Detroit Edison P O Box 2859 Detroit, MI 48260 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. 089981102 | | | | Potential personal liability of corporate indebtedness | | | | |
| Detroit Media Partnership 615 W Lafayette Detroit, MI 48226 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Detroit Regional CHamber One Woodward Detroit, MI 48232 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Dharma Leather 1850 NW 94th Miami, FL 33172 | X | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __17__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  Derrick D. Coleman                                                    ,   Case No.   10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| DHG Associates, LP 1468 W. Ninth St. Suite 135 Cleveland, OH 44113 | X | - | | | | | | | Unknown |
| Account No. None | | | | | 2009 Services | | | | |
| Dixie Lock-Up M-59 PO Box 1134 Highland, MI 48357-1134 | | - | | | | | | | 515.00 |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Dream World International P O Box 1036 Charlotte, NC 28201 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Dreamworld International 10073 Sand Meyer Lane Philadelphia, PA 19116 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| DSS Leather 1850 NW 9th Avenue Miami, FL 33172 | X | - | | | | | | | Unknown |

Sheet no. __18__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  515.00
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                                                   ,    Case No.    10-46419
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. Various<br><br>DTE Energy Bankruptcy Dept<br>One Energy Plaza<br>2160 WCB<br>Detroit, MI 48226 | | H | | | 1999<br>Services | | | | Unknown |
| Account No.<br><br>Ely Yawitz Co<br>P O Box 14325<br>Saint Louis, MO 63178 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Empire CLothing<br>5800 Rue St-Denis #302<br>Montreal, Quebec, CA H2S 3L5 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Enrico Finance One<br>P O Box 92368<br>Los Angeles, CA 90016 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Entergy Integrated<br>P O Box 6167<br>Carol Stream, IL 60197 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no.   19   of   49   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re   Derrick D. Coleman                                      ,        Case No.      10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Enzone Collection 110 E 9th Street #A429 Los Angeles, CA 90079 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Enzone Fashions 9170 Independent Avenue Chatsworth, CA 91311 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Epoch Restaurant Group | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Essential COncepts 18701 Grand River Detroit, MI 48223 | X | - | | | | | | Unknown |
| Account No. | | H | | Storage for Buick | | | | |
| Excel Auto Body 24581 Groesbeck Warren, MI 48089 | | | | | | | | 15,000.00 |

Sheet no. __20__ of __49__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)          15,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                        ,    Case No.    10-46419
_____                          _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 164808  Excel High Inc 1370 Broadway New York, NY 10018 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.  Families of Faith | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.  Famous Inc P O Box 92024 Los Angeles, CA 90009 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.  Fiorio 110 E 97th Avenue #B-986 Los Angeles, CA 90079 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.  First USA Bank P O Box 94014 Palatine, IL 60094 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __21__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

In re __Derrick D. Coleman__ _____,  Case No. ___10-46419_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Flagstar Greenberg <br> 1810 Chapel Avenue W <br> Cherry Hill, NJ 08002 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. J0247 <br><br> Flaster Greenberg <br> 1810 Chapel Ave West <br> Cherry Hill, NJ 08002-4609 | X | - | Attorney fees | | | | Unknown |
| Account No. <br><br> Fort Valley State Univ | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Fortune USA <br> P O Box 1036 <br> Charlotte, NC | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Foti Enterprises <br> 3749 N 25th <br> Schiller Park, IL 60176 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __22__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re  Derrick D. Coleman                                    ,                    Case No.  10-46419
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Fuhng Satin Co 1370 Broadway New York, NY 10018 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Fuhng Satin Co 47 Hilton New Hyde Park, NY 11040 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| G-111 Leather Fashions 1000 Secausus Secaucus, NJ 07094 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Garment Group 1319 Boyd Street Los Angeles, CA 90033 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Gionfriddo International 610 W Main Meriden, CT 06451 | X | - | | | | | | Unknown |

Sheet no. __23__ of __49__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)               0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re      Derrick D. Coleman                                                                     ,         Case No.        10-46419
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 90518603B<br><br>GMAC Commercial Finance, LLC<br>c/o HOA Building<br>715 Mamaroneck Ave., PO Box 780<br>Mamaroneck, NY 10543-0780 | X | H | Potential personal liability of corporate indebtedness | | | | 742.00 |
| Account No.<br><br>Tag MFG<br>160  7th Street<br>Brooklyn, NY 11215 | | | Representing:<br>GMAC Commercial Finance, LLC | | | | Notice Only |
| Account No.<br><br>Granite Information<br>1490 Union<br>White Lake, MI 48386 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Great Southern SUpply<br>P O Box 1975<br>Lawrenceville, GA 30046 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Gruppo Bravo<br>761 S Los Angeles<br>Los Angeles, CA 90014 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __24__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

742.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

In re     Derrick D. Coleman                                    ,        Case No.        10-46419
_____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Guardian Alarm 20800 Southfield Road Southfield, MI 48075 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Guardian Security P O Box 5003 Southfield, MI 48086 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Hang It Etc P O Box 251071 West Bloomfield, MI 48325 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Harbor Footwear | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Hart Schaffner & Marx 3249 Payshpere Circle Chicago, IL 60674 | X | - | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __25__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  Derrick D. Coleman ,  Case No.  10-46419
　　　　　　　　　　　　　　　　 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Harvard Label Co<br>225 W 35th Street<br>New York, NY 10001 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 245002/92631<br><br>Hastings Mutual Insurance Co.<br>c/o CMCS 822 E. Grand River Ave.<br>Brighton, MI 48116-1802 | X | H | | Potential personal liability of corporate indebtedness | | | | 152.00 |
| Account No.<br><br>Hastings Mutual Ins. Co.<br>404 E. Woodlawn Ave.<br>Hastings, MI 49058-1091 | | | | Representing:<br>Hastings Mutual Insurance Co. | | | | Notice Only |
| Account No.<br><br>Hill Wallack LLP<br>202 Carnegie Center<br>Princeton, NJ 08543 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Hungry Howie's Pizza<br>30300 Stephenson Hwy.<br>Suite 200<br>Madison Heights, MI 48071 | X | H | | Franchise fees | | | | Unknown |

Sheet no.  26  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　152.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　Best Case Bankruptcy

In re     Derrick D. Coleman                                          ,     Case No.        10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| IDB-Grand Central Statio PO Box 4711 New York, NY 10018-2091 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Ital Clothing P O Box 92943 Los Angeles, CA 90009 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| J&G Trybus 5535 Red Bird Center Drive #120 Dallas, TX 75237 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Jimmy Sales Neckwear 243 44th Street Brooklyn, NY 11232 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Storage of Nova | | | | |
| Joey T' Auto Repair 200 Bergen Tpke Little Ferry, NJ | | H | | | | | | |
| | | | | | | | | 60,000.00 |

Sheet no. __27__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                              ,      Case No.      10-46419
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 1805 | | | | NSF Check | | | | |
| JP Morgan Chase Bank, NA PO Box 260180 Baton Rouge, LA 70826 | | H | | | | | | Unknown |
| Account No. | | | | | | | | |
| Kevin R. Ransom Woodward Peachtree Capital Partners 535 Griswold, Ste. 2638 Detroit, MI 48226 | | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Kim Sung Hanna Financial Los Angeles, CA 90074 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Le La Knitwear 5425 Casgrain #601 Montreal QC CA | X | - | | | | | | Unknown |
| Account No. | | | | Representing: Le La Knitwear | | | | |
| Voss, Michaels Lee 7 Associates PO Box 1829 Holland, MI 49422 | | | | | | | | Notice Only |

Sheet no.   28   of   49   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                  ,        Case No.    10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential personal liability of corporate indebtedness | | | | |
| Leonardo Valenti 308 W 14th Street Los Angeles, CA 90015 | X | - | | | | | Unknown |
| Account No. | | | Potential personal liability of corporate indebtedness | | | | |
| Leukemia and Lymphoma | X | - | | | | | Unknown |
| Account No. 1511192009 | | | Potential personal liability of corporate indebtedness | | | | |
| Liquor Control Commission Department of Energy Labor & Economic Gr 7150 Harris Drive, PO Box 30005 Lansing, MI 48909-7505 | X | - | | | | | Unknown |
| Account No. | | | Potential personal liability of corporate indebtedness | | | | |
| LND Neckwear 35 Meadow Street Brooklyn, NY 11206 | X | - | | | | | Unknown |
| Account No. | | | Representing: LND Neckwear | | | | |
| LND Neckware, Inc. Cit Group Comm. Services PO Box 1036 Charlotte, NC 28201-1036 | | | | | | | Notice Only |

Sheet no. _29_ of _49_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    Derrick D. Coleman                                   , Case No.    10-46419
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                         Mansour Global Trends 6566 Interstate 85 Courl Norcross, GA 30093 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. FME0164913                                    MARCS PO Box 30158 Lansing, MI 48909 | | - | | Fees | | | | 2,454.00 |
| Account No.                                                         Mark Layne 31420 Northwestern Farmington, MI 48334 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.                                                         Marx Layne Marketing 31420 Northwestern Hwy. Suite 100 Farmington, MI 48334 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.                                                         Mat Rental Service 18500 Fitzpatrick Detroit, MI 48228-1495 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no.   30   of   49   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            2,454.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                            Best Case Bankruptcy

In re    Derrick D. Coleman                                                    ,          Case No.        10-46419
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Media Concepts Int'l | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Media One 30700 Telegraph Road Suite 3500 Franklin, MI 48025 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Media Power 31807 Middlebelt Road Suite 102 Farmington, MI 48334 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. A900002296 | | | | Potential personal liability of corporate indebtedness | | | | |
| Merchants Insurance Group PO Box 4031 Buffalo, NY 14240 | X | H | | | | | | |
| | | | | | | | | 1,551.00 |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Michael Christopher Ltd 8595 Pyott Road Algonquin, IL 60102 | X | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __31__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,551.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re  Derrick D. Coleman                                              ,  Case No.  10-46419
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Michigan Department of Labor<br>Bureau of Commercial Service<br>PO Box 30768<br>Lansing, MI 48909 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Michigan Department of Labor<br>Bureau of Commercial Ser<br>PO Box 30481<br>Lansing, MI 48909-7981 | | | Representing:<br>Michigan Department of Labor | | | | Notice Only |
| Account No.<br><br>Michigan Dept. of Treasury<br>Dept. 77889<br>Detroit, MI 48277-0003 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Michigan Mfg. Assoc.<br>PO Box 1427<br>Lansing, MI 48901 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>MMA Service Corp.<br>620 S. Capitol Ave.<br>PO Box 14247<br>Lansing, MI 48901 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no.  32  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re __Derrick D. Coleman_____,     Case No. ____10-46419_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | Potential personal liability of corporate indebtedness | | | | |
| MMA/Met Life Insurance 620 S. Capitol Lansing, MI 48901 | X | - | | | | | | | Unknown |
| **Account No.** | | | | | Potential personal liability of corporate indebtedness | | | | |
| Modextil/Cit Group/Comm. Cit Group PO Box 1036 Charlotte, NC 28201-1036 | X | - | | | | | | | Unknown |
| **Account No.** | | | | | Potential personal liability of corporate indebtedness | | | | |
| Monast, Goldstein, Hess 37000 Grand River Suite 280 Farmington, MI 48335 | X | - | | | | | | | Unknown |
| **Account No.** | | | | | Potential personal liability of corporate indebtedness | | | | |
| Mr. Mat Rental Service 18500 Fitzpatrick Detroit, MI 48228 | X | - | | | | | | | Unknown |
| **Account No.** | | | | | Potential personal liability of corporate indebtedness | | | | |
| N.I.J. Appraisal Network 140 Lincoln Ave. Hawthorne, NJ 07506 | X | - | | | | | | | Unknown |

Sheet no. __33__ of __49__ sheets attached to Schedule of      Subtotal      0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                              Best Case Bankruptcy

In re    Derrick D. Coleman                                          ,        Case No.    10-46419
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> National Basketball Ret. <br> 475 Park Ave. South <br> New York, NY 10018 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> National Clothier Supply <br> PO Box 3706 <br> Santa Fe Springs, CA 90670-1706 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> NBA Exhibits <br> 1225 11th St. NW <br> Washington, DC 20001 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> NCR Corp. <br> PO Box 740162 <br> Cincinnati, OH 45274 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Networking Professionals <br> 19785 W. 12 Mile Road <br> Southfield, MI 48076 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __34__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                              ,    Case No.    10-46419
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2016635532<br><br>New Jersey Auto Recovery Inc.<br>PO Box 2011<br>Union, NJ 07083 | | - | 2009<br>Fees | | | | Unknown |
| Account No.<br><br>New Top<br>Cit Group Commercial Serv.<br>PO Box 1036<br>Charlotte, NC 28201-1036 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Next Generations, Inc.<br>PO Box 379<br>Marne, MI 49435 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Next Original<br>Cit Group/comm Services<br>PO Box 1036<br>Charlotte, NC 28201-1036 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Nike Team Sports<br>2000 Ellipse<br>Foothill Ranch, CA 92610 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no.  35  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,    Case No.    10-46419
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| CRF Solutions 2051 Royal Avenue Simi Valley, CA 93065 | | | | Representing: Nike Team Sports | | | | Notice Only |
| Account No. | | | | | | | | |
| Nike Team Sports PO Box 277482 Atlanta, GA 30384 | | | | Representing: Nike Team Sports | | | | Notice Only |
| Account No. Case No. 09-103585-CK | | | | Lawsuit | | | | |
| Nike USA c/o Muller Muller Richmond, et. al. 33233 Woodward Ave. Birmingham, MI 48009 | X | H | | | | | | 56,000.00 |
| Account No. | | | | | | | | |
| Nike USA, Inc. 7932 Collection Center Drive Chicago, IL 60693 | | | | Representing: Nike USA | | | | Notice Only |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| NO Surrender, Inc. 1056 W. Belmont Chicago, IL 60657 | X | - | | | | | | Unknown |

Sheet no. __36__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          56,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                    ,   Case No.       10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Northbrook Clothing Com. 4560 W. Touhy Ave. Lincolnwood, IL 60712 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Observer & Eccentric PO Box 3202 Cincinnati, OH 45263 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Orion 23900 Orchard Lake Road Suite 170 Farmington, MI 48336 | X | - | | | | | | | Unknown |
| Account No. 00611 | | | | | Potential personal liability of corporate indebtedness | | | | |
| Packaging Service Corp 26100 Pinehurst PO Box 71945 Madison Heights, MI 48071 | X | - | | | | | | | Unknown |
| Account No. | | | | | Services | | | | |
| Paychex 19853 West Outer Drive Suite 305 Dearborn, MI 48124-2066 | X | - | | | | | | | 0.00 |

Sheet no.   37   of   49   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re     Derrick D. Coleman                                          ,          Case No.          10-46419
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Pennie L. Rainer 19785 W. 12 Mile Road Southfield, MI 48076 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Plante & Moran, LLP 505 N. Woodward Ave. Suite 2000 Bloomfield Hills, MI 48304-2966 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Poushak, Inc./Zanetti 11800 W. Olympic Blvd. Los Angeles, CA 90064 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Refund Sterling Heights, MI 48312 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| RHE Hatco P O Box 971273 Dallas, TX 75397 | X | - | | | | | | Unknown |

Sheet no. __38__ of __49__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  Derrick D. Coleman                                   ,          Case No.   10-46419
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Rodney Dumpson <br> 57 Wedgewood Drive <br> Little Falls, NJ | | H | | Storage of Bently | | | | 20,000.00 |
| Account No. <br><br> Rosenthal & Rosenthal <br> 1370 Broadway <br> New York, NY 10018 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> S L Gilbert <br> 40 E 34th Street <br> New York, NY 10016 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 27881 <br><br> S&M Heating Sales <br> 23262 Telegraph <br> Southfield, MI 48033 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> SBC <br> Bill Payment Center <br> Saginaw, MI 48663-0003 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. _39_ of _49_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            20,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,    Case No.    10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Silversilk <br> 135 Grand Street Unit A <br> Carlstadt, NJ 07072 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Simplicisimus SL <br> P O Box apdo. 36200 Vigo | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Sports Licensed Division <br> 21505 Network Place <br> Chicago, IL 60673 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 660133531/T62690536 <br><br> Sprint <br> c/o ER Solutions, Inc. <br> PO Box 9004 <br> Renton, WA 98057-9004 | H | | | Services | | | | 1,117.00 |
| Account No. <br><br> Stacy Adams  Jewelry <br> 7781 First Place <br> Bedford, OH 44146 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __40__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,117.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                                    Case No.    10-46419
                                              ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Stacey Adams HSBC Business Credit PO Box 7777-W8720 DP 49941 Los Angeles, CA 90088 | | | | | Representing: Stacy Adams  Jewelry | | | | Notice Only |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| State of Mich-UA PO Box 33598 Detroit, MI 48232-5598 | X | - | | | | | | | Unknown |
| Account No. 1702060586 | | | | | Fees | | | | |
| State of Michigan Dept. of Energy, Labor & Economic Growth PO Box 30191 Lansing, MI 48909 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| State of Michigan Mich. Dept. of Treasury Dept. 77889 Detroit, MI 48277-0889 | X | - | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| State of Michigan 7064 Crowner Lansing, MI 48980 | X | - | | | | | | | Unknown |

Sheet no.   41   of   49   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    Derrick D. Coleman                                         ,    Case No.      10-46419
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| State of Michigan Michigan Dept. of Treasury PO Box 30442 Lansing, MI 48909 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| State of Michigan Dept. 77003 Detroit, MI 48277 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Status Men's Apparel 7781 First Place Bedford, OH 44146 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Potential personal liability of corporate indebtedness | | | | |
| Sternlite Corp 13225 SW 88 Avenue Miami, FL 33256 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. Case No. 09-104613-CK | | | | | 2009 Potential personal liability of corporate indebtedness Lawsuit | | | | |
| Sunset West Investments, LLC 7115 Orchard Lake Road Suite 220 West Bloomfield, MI 48322 | X | H | | | | | | | |
| | | | | | | | | | 39,014.00 |

Sheet no.   42   of   49   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              39,014.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  Derrick D. Coleman
_____,  Case No. _____10-46419_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Jay N. Siefman, Esq.<br>30833 Northwestern<br>Suite 205<br>Farmington Hills, MI 48334 | | | | Representing:<br>Sunset West Investments, LLC | | | | Notice Only |
| Account No. LT094139<br><br>Sunset West Investments, LLC<br>7115 Orchard Lake Road<br>Suite 220<br>West Bloomfield, MI 48322 | X | H | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Tallia Sartoria-Hartz<br>Capital Factors<br>P O Box 628067<br>Orlando, FL 32862 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 813865<br><br>Terminix<br>24050 Vance<br>Hazel Park, MI 48030 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>The Affiliated Group<br>21301 Civic Center<br>Southfield, MI 48076 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no. __43__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                            ,          Case No.    10-46419
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 09-030794-CK<br><br>The Detroit Economic Growth Corp.<br>c/o Kotz, Sangster, Wysocki & Berg, PC<br>400 Renaissance Center, Ste 3400<br>Detroit, MI 48243-1618 | | H | Lawsuit | | | | 204,800.00 |
| Account No. Case No. 09-103120-CK<br><br>The Findling Law Firm, PLC<br>415 S. West St.<br>Royal Oak, MI 48067 | | - | Fees | | | | Unknown |
| Account No. None<br><br>TPC Lawn & Landscape<br>PO Box 839<br>Highland, MI 48357 | | H | 2007<br>Services | | | | 16,277.00 |
| Account No.<br><br>Tulliano<br>A G Adjustments<br>740 Walt Whitman Road<br>Melville, NY 11747 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Tulliano<br>Cit Group Comm<br>PO Box 1036<br>Charlotte, NC 28201-1036 | | | Representing:<br>Tulliano | | | | Notice Only |

Sheet no.  44  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            221,077.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                                ,        Case No.        10-46419
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Tulliano 1375 E Washington Los Angeles, CA 90021 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| United Wisconsin Life P O Box 2013 Milwaukee, WI 53201 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| UPS Lockbox 577 Carol Stream, IL 60197 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Verim SA 645 Fifth Avenue  12th Fl New York, NY 10022 | X | - | | | | | | Unknown |
| Account No. | | | | Potential personal liability of corporate indebtedness | | | | |
| Verizon P O Box 15040 Albany, NY 12212 | X | - | | | | | | Unknown |

Sheet no. __45__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                        ,        Case No.       10-46419
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 230221<br><br>Verizon North, Inc.<br>500 Technology Dr.<br>Ste. 300<br>Weldon Springs, MO 63304 | | H | 1999<br>Services | | | | 620.00 |
| Account No. 4808388420<br><br>Verizon Wireless - Great Lakes<br>1515 E. Woodfield Rd., Ste. 1400<br>Attn: Recovery Dept.<br>Schaumburg, IL 60173-5443 | | H | 2001<br>Services | | | | 546.00 |
| Account No. 4808388442001<br><br>Verizon Wirelsss<br>777 Bis Timber Road<br>Elgin, IL 60123 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.<br><br>Vira Club Med<br>P O Box 585802<br>Dallas, TX 75258 | X | - | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. Case No. 10-01-0585-SC<br><br>Wade Trim Assoc/Ladonna Gol<br>25251 Northline Road<br>Taylor, MI 48180 | | H | Lawsuit | | | | Unknown |

Sheet no.  46   of  49   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,166.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                     Best Case Bankruptcy

In re  Derrick D. Coleman                                                    ,       Case No.     10-46419
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Weisman Young PC <br> 30100 Telegraph <br> Franklin, MI 48025 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. 31017 <br><br> WGPR 107.5 FM <br> 3146 E Jefferson <br> Detroit, MI 48207 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Whaling Manufacturing Co <br> BNY Financial Corp <br> PO Box 19352 <br> Newark, NJ 07195-0352 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. <br><br> Workers United <br> Chicago and Midwest Regional Joint Board <br> 333 South Ashland Ave. <br> Chicago, IL 60607 | X | H | | Potential personal liability of corporate indebtedness | | | | 125.00 |
| Account No. 50526 <br><br> WVMV FM <br> 26495 American Drive <br> Southfield, MI 48034 | X | - | | Potential personal liability of corporate indebtedness | | | | Unknown |

Sheet no.  47  of  49  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                125.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re     Derrick D. Coleman                                                    ,     Case No.     10-46419
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Wyckhuyse & Associates CPAS' PC <br> 316 Town Center Drive <br> Troy, MI 48084 | X | H | Accounting services |  |  |  | Unknown |
| Account No. <br><br> Xers Whoolas <br> LNA Associates <br> P O Box 92709 <br> Los Angeles, CA 90009 | X | - | Potential personal liability of corporate indebtedness |  |  |  | Unknown |
| Account No. <br><br> Yellow Pages <br> P O Box 29684 <br> Dallas, TX 75229 | X | - | Potential personal liability of corporate indebtedness |  |  |  | Unknown |
| Account No. <br><br> Yellow Transportation <br> P O Box 5901 <br> Topeka, KS 66605 | X | - | Potential personal liability of corporate indebtedness |  |  |  | Unknown |
| Account No. <br><br> Yvonne E. Sesko |  | H | Accountant |  |  |  | 0.00 |

Sheet no.   48   of   49   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

In re   Derrick D. Coleman                                        Case No.   10-46419

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. Case No. GC09-4136  Zakaryah, Inc. c/o John F. Muller, Jr., Esq. 33233 Woodward Ave. Birmingham, MI 48009 | X | H | | | Potential personal liability of corporate indebtedness Lawsuit | | | | 9,255.00 |
| Account No.  Zanetti Sport Wells Fargo Century P O Box 360286 Pittsburgh, PA 15250 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.  Zip Printing 28635 Southfield Southfield, MI 48076 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No.  Zqkaryah Hannah Financial Los Angeles, CA 90074 | X | - | | | Potential personal liability of corporate indebtedness | | | | Unknown |
| Account No. | | | | | | | | | |

Sheet no. __49__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 9,255.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,624,182.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

In re    Derrick D. Coleman                                   ,    Case No.    10-46419

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0

In re     Derrick D. Coleman                                     ,     Case No.     10-46419

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Barber Lounge, LLC | State of Michigan<br>Dept. of Energy, Labor & Economic Growth<br>PO Box 30191<br>Lansing, MI 48909 |
| Bartel Welsh | Canon Financial Services, Inc.<br>c/o Howard N. Sobel, Esq.<br>507 Kresson Road, PO Box 1525<br>Voorhees, NJ 08043 |
| Bartel Welsh | Banc of America Leasing and Capital, LLC<br>c/o Nicola G. Suglia Esq.<br>Plaza 1000 at Main St., Suite 208<br>Voorhees, NJ 08043 |
| Coleman's Corner, LLC<br>27881 Southfield Road<br>Southfield, MI 48076-3415 | Hastings Mutual Insurance Co.<br>c/o CMCS 822 E. Grand River Ave.<br>Brighton, MI 48116-1802 |
| D&N Ventures, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Comerica Bank<br>c/o Dawda, Mann, Mulcahy & Sadler, PLC<br>39533 Woodward Ave., Suite 200<br>Bloomfield Hills, MI 48304 |
| D&N Ventures, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | N.I.J. Appraisal Network<br>140 Lincoln Ave.<br>Hawthorne, NJ 07506 |
| D&N Ventures, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Certified Valuations, Inc.<br>447 Route 10<br>Suite 8<br>Randolph, NJ 07869 |
| DC Investments, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Comerica Bank<br>c/o Dawda, Mann, Mulcahy & Sadler, PLC<br>39533 Woodward Ave., Suite 200<br>Bloomfield Hills, MI 48304 |
| DC Investments, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Oakland County Treasurer<br>Building 12 E Dept. 479<br>1200 N Telegraph Rd.<br>Pontiac, MI 48341-0479 |
| DC Investments, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Wayne County Treasurer<br>Raymond J. Wojtowicz<br>400 Monroe, 5th Floor<br>Detroit, MI 48226-2942 |

23
   continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| DC Investments, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Department of Administrative Hearings<br>561 East Jefferson Ave.<br>Detroit, MI 48226 |
| DC Investments, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | City of Detroit - Treasury Division<br>Coleman A. Young Municipal Center<br>2 Woodward Ave., Room 120<br>Detroit, MI 48226 |
| DC Investments, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Charter Township of White Lake<br>7525 Highalnd Road<br>White Lake, MI 48383 |
| DC Investments, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | 45 Uptown Row at New Center<br>c/o The Highlander Group, Inc.<br>1899 Orchard Lake Road, Ste. 204<br>Keego Harbor, MI 48320 |
| DD One, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Comerica Bank<br>c/o Dawda, Mann, Mulcahy & Sadler, PLC<br>39533 Woodward Ave., Suite 200<br>Bloomfield Hills, MI 48304 |
| DD One, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Merchants Insurance Group<br>PO Box 4031<br>Buffalo, NY 14240 |
| DD One, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Comerica Bank<br>One Detroit Center<br>500 Woodward Avenue<br>Detroit, MI 48226 |
| DD One, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Hungry Howie's Pizza<br>30300 Stephenson Hwy.<br>Suite 200<br>Madison Heights, MI 48071 |
| DD One, LLC<br>30615 Vernon Dr.<br>Beverly Hills, MI 48025 | Paychex<br>19853 West Outer Drive<br>Suite 305<br>Dearborn, MI 48124-2066 |
| Derrick Coleman Foundation | City Suites, Inc.<br>65 Cadillac Square<br>Suite 2200<br>Detroit, MI 48226 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Zakaryah, Inc.<br>c/o John F. Muller, Jr., Esq.<br>33233 Woodward Ave.<br>Birmingham, MI 48009 |

Sheet    1    of    23    continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re     Derrick D. Coleman                                    , Case No.      10-46419
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Workers United<br>Chicago and Midwest Regional Joint Board<br>333 South Ashland Ave.<br>Chicago, IL 60607 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | CIT Group Commercial<br>c/o John F. Muller, Jr., Esq.<br>33233 Woodward Ave.<br>Birmingham, MI 48009 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Nike USA<br>c/o Muller Muller Richmond, et. al.<br>33233 Woodward Ave.<br>Birmingham, MI 48009 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Mr. Mat Rental Service<br>18500 Fitzpatrick<br>Detroit, MI 48228 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Packaging Service Corp<br>26100 Pinehurst<br>PO Box 71945<br>Madison Heights, MI 48071 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Sternlite Corp<br>13225 SW 88 Avenue<br>Miami, FL 33256 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Terminix<br>24050 Vance<br>Hazel Park, MI 48030 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | WGPR 107.5 FM<br>3146 E Jefferson<br>Detroit, MI 48207 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Verizon Wirelsss<br>777 Bis Timber Road<br>Elgin, IL 60123 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | WVMV FM<br>26495 American Drive<br>Southfield, MI 48034 |

Sheet __2__ of __23__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,    Case No.    10-46419
                                   Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Wyckhuyse & Associates CPAS' PC<br>316 Town Center Drive<br>Troy, MI 48084 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Amalgamated Fund Life<br>333 Westchester<br>West Harrison, NY 10604 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | MMA/Met Life Insurance<br>620 S. Capitol<br>Lansing, MI 48901 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | AT&T<br>P O Box 8100<br>Aurora, IL 60507 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | AT&T Advertising<br>100 Big Beaver  13th Floor<br>Troy, MI 48083 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Allied Waste<br>1633 Highwood W<br>Pontiac, MI 48340 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Blue Cross Blue Shield<br>P O Box 660820<br>Dallas, TX 75266 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | A B Diversified<br>1176 State Route 9<br>Champlain, NY 12919 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | AGS Footwear<br>P O Box 6444<br>11234 Air Park Road<br>Ashland, VA 23005 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Comcast Spotlight<br>P O Box 850054433<br>Philadelphia, PA 19178 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re __Derrick D. Coleman_____, Case No. ___10-46419_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | CBS Radio<br>22800 Network Place<br>Chicago, IL 60673 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Detroit Media Partnership<br>615 W Lafayette<br>Detroit, MI 48226 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Status Men's Apparel<br>7781 First Place<br>Bedford, OH 44146 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Zakaryah, Inc.<br>c/o John F. Muller, Jr., Esq.<br>33233 Woodward Ave.<br>Birmingham, MI 48009 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Stacy Adams  Jewelry<br>7781 First Place<br>Bedford, OH 44146 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Silversilk<br>135 Grand Street Unit A<br>Carlstadt, NJ 07072 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | J&G Trybus<br>5535 Red Bird Center Drive #120<br>Dallas, TX 75237 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Jimmy Sales Neckwear<br>243  44th Street<br>Brooklyn, NY 11232 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | G-111 Leather Fashions<br>1000 Secausus<br>Secaucus, NJ 07094 |
| Derrick Coleman, Inc. dba Jack Place<br>a/k/a Jack's Place Menswear<br>30615 Vernon Drive<br>Beverly Hills, MI 48025 | Garment Group<br>1319 Boyd Street<br>Los Angeles, CA 90033 |

Sheet __4__ of __23__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,     Case No.    10-46419

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Derrick Coleman, Inc. dba Jack Place a/k/a Jack's Place Menswear 30615 Vernon Drive Beverly Hills, MI 48025 | Enzone Fashions 9170 Independent Avenue Chatsworth, CA 91311 |
| Derrick Coleman, Inc. dba Jack Place a/k/a Jack's Place Menswear 30615 Vernon Drive Beverly Hills, MI 48025 | Dreamworld International 10073 Sand Meyer Lane Philadelphia, PA 19116 |
| Derrick Coleman, Inc. dba Jack Place a/k/a Jack's Place Menswear 30615 Vernon Drive Beverly Hills, MI 48025 | Angelino's Men's Wear 1006 S Olive STreet Los Angeles, CA 90015 |
| Derrick Coleman, Inc. dba Jack Place a/k/a Jack's Place Menswear 30615 Vernon Drive Beverly Hills, MI 48025 | Le La Knitwear 5425 Casgrain #601 Montreal QC CA |
| Derrick Coleman, Inc. dba Jack Place a/k/a Jack's Place Menswear 30615 Vernon Drive Beverly Hills, MI 48025 | Crown Clothing 340 Vanderbilt Norwood, MA 02062 |
| Derrick Coleman, Inc. dba Jack Place a/k/a Jack's Place Menswear 30615 Vernon Drive Beverly Hills, MI 48025 | Banc of America Leasing and Capital, LLC c/o Nicola G. Suglia, Esq. Plaza 1000 at Main St., Suite 208 Voorhees, NJ 08043 |
| FM Webmasters, LLC | Canon Financial Services, Inc. c/o Howard N. Sobel, Esq. 507 Kresson Road, PO Box 1525 Voorhees, NJ 08043 |
| FM Webmasters, LLC | Banc of America Leasing and Capital, LLC c/o Nicola G. Suglia Esq. Plaza 1000 at Main St., Suite 208 Voorhees, NJ 08043 |
| Gina M. Coleman 195 Charrington Court Beverly Hills, MI 48025 | Township of Southfield 18550 W. Thirteen Mile Road Southfield Township, MI 48025 |
| Gina M. Coleman 195 Charrington Court Beverly Hills, MI 48025 | Charrington Crossing Condo Assn. 140 Charrington Court Beverly Hills, MI 48025 |
| Hazelwood Hotel Investments, LLC No longer operating | DHG Associates, LP 1468 W. Ninth St. Suite 135 Cleveland, OH 44113 |

Sheet  5  of  23  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Jack's Place Sportswear<br>No longer operating | 46th Dist Court<br>26000 Evergreen<br>Southfield, MI 48076 |
| Jack's Place Sportswear<br>No longer operating | Advanced Packaging<br>1365   38th Street<br>Brooklyn, NY 11218 |
| Jack's Place Sportswear<br>No longer operating | Enzone Collection<br>110 E 9th Street #A429<br>Los Angeles, CA 90079 |
| Jack's Place Sportswear<br>No longer operating | The Affiliated Group<br>21301 Civic Center<br>Southfield, MI 48076 |
| Jack's Place Sportswear<br>No longer operating | Angelino<br>4601 StSte Avenue #8<br>Kansas City, KS 66102 |
| Jack's Place Sportswear<br>No longer operating | Allstate Insurance<br>75 Executive Parkway<br>Hudson, OH 44237 |
| Jack's Place Sportswear<br>No longer operating | Allora Sky High Unlimited<br>1375 Washington<br>Los Angeles, CA 90021 |
| Jack's Place Sportswear<br>No longer operating | Amalgamated Cotton<br>333 Westchester<br>West Harrison, NY 10604 |
| Jack's Place Sportswear<br>No longer operating | Ameritech<br>Bill Payment Center<br>Saginaw, MI 48663 |
| Jack's Place Sportswear<br>No longer operating | American Ad Specialties<br>1026 Midland<br>Royal Oak, MI 48073 |
| Jack's Place Sportswear<br>No longer operating | Amica<br>P O Box 9128<br>Providence, RI 02940 |
| Jack's Place Sportswear<br>No longer operating | American Speedy Printing<br>28841 Southfield<br>Southfield, MI 48076 |
| Jack's Place Sportswear<br>No longer operating | Angelo<br>110 E 9th #A485<br>Los Angeles, CA 90079 |

Sheet    6    of    23    continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re  Derrick D. Coleman                                          ,  Case No.    10-46419
                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jack's Place Sportswear<br>No longer operating | Arbor Springs Water<br>855 E Cambourne<br>Ferndale, MI 48220 |
| Jack's Place Sportswear<br>No longer operating | AT&T<br>P O Box 6416<br>Aurora, IL 60507 |
| Jack's Place Sportswear<br>No longer operating | ATT Yellow Pages<br>P O Box 8112<br>Aurora, IL 60507 |
| Jack's Place Sportswear<br>No longer operating | Banasch's<br>3380 Red Bank Road<br>Cincinnati, OH 45212 |
| Jack's Place Sportswear<br>No longer operating | Bank One Cardmember Service<br>P O Box 94014<br>Palatine, IL 60094 |
| Jack's Place Sportswear<br>No longer operating | Bardini<br>901 S Main<br>Los Angeles, CA 90015 |
| Jack's Place Sportswear<br>No longer operating | Bassiri Inc<br>1440 E Washington<br>Los Angeles, CA 90021 |
| Jack's Place Sportswear<br>No longer operating | Blue Cross Blue Shield<br>P O Box 79001<br>Detroit, MI 48279 |
| Jack's Place Sportswear<br>No longer operating | Belvedere<br>7075 Commerce Circle #C<br>Pleasanton, CA 94588 |
| Jack's Place Sportswear<br>No longer operating | CIT<br>134 Wooding<br>Danville, VA 24552 |
| Jack's Place Sportswear<br>No longer operating | Coleman Wolf Supply<br>15201 E 11 Mile Road<br>Roseville, MI 48066 |
| Jack's Place Sportswear<br>No longer operating | Consumers Energy<br>Bankruptcy Department<br>4600 Coolidge Hwy<br>Royal Oak, MI 48073 |
| Jack's Place Sportswear<br>No longer operating | Couzens Lansky Fealk<br>39395 W 12 Mile<br>Farmington, MI 48331 |

Sheet   7   of   23   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jack's Place Sportswear<br>No longer operating | Cyberlink SYstems<br>738 N Denwood<br>Dearborn, MI 48128 |
| Jack's Place Sportswear<br>No longer operating | Detroit Regional CHamber<br>One Woodward<br>Detroit, MI 48232 |
| Jack's Place Sportswear<br>No longer operating | Deference<br>c/o Capital Factors<br>P O Box 628067<br>Orlando, FL 32862 |
| Jack's Place Sportswear<br>No longer operating | Detroit Economic Growth<br>500 Griswold #2200<br>Detroit, MI 48226 |
| Jack's Place Sportswear<br>No longer operating | Department of Labor<br>P O Box 30768 |
| Jack's Place Sportswear<br>No longer operating | City of Detroit Treasurer<br>P O Box 67000<br>Detroit, MI 48267 |
| Jack's Place Sportswear<br>No longer operating | Dharma Leather<br>1850 NW 94th<br>Miami, FL 33172 |
| Jack's Place Sportswear<br>No longer operating | Dream World International<br>P O Box 1036<br>Charlotte, NC 28201 |
| Jack's Place Sportswear<br>No longer operating | Detroit Edison<br>P O Box 2859<br>Detroit, MI 48260 |
| Jack's Place Sportswear<br>No longer operating | Leukemia and Lymphoma |
| Jack's Place Sportswear<br>No longer operating | Ely Yawitz Co<br>P O Box 14325<br>Saint Louis, MO 63178 |
| Jack's Place Sportswear<br>No longer operating | Leonardo Valenti<br>308 W 14th Street<br>Los Angeles, CA 90015 |
| Jack's Place Sportswear<br>No longer operating | LND Neckwear<br>35 Meadow Street<br>Brooklyn, NY 11206 |

Sheet  _8_  of  _23_  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Jack's Place Sportswear<br>No longer operating | Kim Sung<br>Hanna Financial<br>Los Angeles, CA 90074 |
| Jack's Place Sportswear<br>No longer operating | Mark Layne<br>31420 Northwestern<br>Farmington, MI 48334 |
| Jack's Place Sportswear<br>No longer operating | Marx Layne Marketing<br>31420 Northwestern Hwy.<br>Suite 100<br>Farmington, MI 48334 |
| Jack's Place Sportswear<br>No longer operating | Mat Rental Service<br>18500 Fitzpatrick<br>Detroit, MI 48228-1495 |
| Jack's Place Sportswear<br>No longer operating | Michigan Department of Labor<br>Bureau of Commercial Service<br>PO Box 30768<br>Lansing, MI 48909 |
| Jack's Place Sportswear<br>No longer operating | Modextil/Cit Group/Comm.<br>Cit Group<br>PO Box 1036<br>Charlotte, NC 28201-1036 |
| Jack's Place Sportswear<br>No longer operating | IDB-Grand Central Statio<br>PO Box 4711<br>New York, NY 10018-2091 |
| Jack's Place Sportswear<br>No longer operating | Media One<br>30700 Telegraph Road<br>Suite 3500<br>Franklin, MI 48025 |
| Jack's Place Sportswear<br>No longer operating | Media Power<br>31807 Middlebelt Road<br>Suite 102<br>Farmington, MI 48334 |
| Jack's Place Sportswear<br>No longer operating | Media Concepts Int'l |
| Jack's Place Sportswear<br>No longer operating | State of Mich-UA<br>PO Box 33598<br>Detroit, MI 48232-5598 |
| Jack's Place Sportswear<br>No longer operating | Monast, Goldstein, Hess<br>37000 Grand River<br>Suite 280<br>Farmington, MI 48335 |

Sheet  9  of  23  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re <u>Derrick D. Coleman</u> , Case No. <u>10-46419</u>
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Jack's Place Sportswear<br>No longer operating | Mansour Global Trends<br>6566 Interstate 85 Courl<br>Norcross, GA 30093 |
| Jack's Place Sportswear<br>No longer operating | Michigan Dept. of Treasury<br>Dept. 77889<br>Detroit, MI 48277-0003 |
| Jack's Place Sportswear<br>No longer operating | State of Michigan<br>Mich. Dept. of Treasury<br>Dept. 77889<br>Detroit, MI 48277-0889 |
| Jack's Place Sportswear<br>No longer operating | Empire CLothing<br>5800 Rue St-Denis #302<br>Montreal, Quebec, CA H2S 3L5 |
| Jack's Place Sportswear<br>No longer operating | Enrico Finance One<br>P O Box 92368<br>Los Angeles, CA 90016 |
| Jack's Place Sportswear<br>No longer operating | State of Michigan<br>7064 Crowner<br>Lansing, MI 48980 |
| Jack's Place Sportswear<br>No longer operating | Entergy Integrated<br>P O Box 6167<br>Carol Stream, IL 60197 |
| Jack's Place Sportswear<br>No longer operating | Michael Christopher Ltd<br>8595 Pyott Road<br>Algonquin, IL 60102 |
| Jack's Place Sportswear<br>No longer operating | Sports Licensed Division<br>21505 Network Place<br>Chicago, IL 60673 |
| Jack's Place Sportswear<br>No longer operating | Essential COncepts<br>18701 Grand River<br>Detroit, MI 48223 |
| Jack's Place Sportswear<br>No longer operating | Families of Faith |
| Jack's Place Sportswear<br>No longer operating | Foti Enterprises<br>3749 N 25th<br>Schiller Park, IL 60176 |
| Jack's Place Sportswear<br>No longer operating | Michigan Mfg. Assoc.<br>PO Box 1427<br>Lansing, MI 48901 |

Sheet <u>10</u> of <u>23</u> continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                                    ,    Case No.    10-46419
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jack's Place Sportswear<br>No longer operating | Famous Inc<br>P O Box 92024<br>Los Angeles, CA 90009 |
| Jack's Place Sportswear<br>No longer operating | MMA Service Corp.<br>620 S. Capitol Ave.<br>PO Box 14247<br>Lansing, MI 48901 |
| Jack's Place Sportswear<br>No longer operating | Fiorio<br>110 E 97th Avenue #B-986<br>Los Angeles, CA 90079 |
| Jack's Place Sportswear<br>No longer operating | First USA Bank<br>P O Box 94014<br>Palatine, IL 60094 |
| Jack's Place Sportswear<br>No longer operating | Fort Valley State Univ |
| Jack's Place Sportswear<br>No longer operating | Fortune USA<br>P O Box 1036<br>Charlotte, NC |
| Jack's Place Sportswear<br>No longer operating | Fuhng Satin Co<br>1370 Broadway<br>New York, NY 10018 |
| Jack's Place Sportswear<br>No longer operating | Fuhng Satin Co<br>47 Hilton<br>New Hyde Park, NY 11040 |
| Jack's Place Sportswear<br>No longer operating | Detroit Branch-NAACP<br>2900 E. Grand Blvd.<br>Detroit, MI 48202 |
| Jack's Place Sportswear<br>No longer operating | Guardian Security<br>P O Box 5003<br>Southfield, MI 48086 |
| Jack's Place Sportswear<br>No longer operating | NBA Exhibits<br>1225 11th St. NW<br>Washington, DC 20001 |
| Jack's Place Sportswear<br>No longer operating | S L Gilbert<br>40 E 34th Street<br>New York, NY 10016 |
| Jack's Place Sportswear<br>No longer operating | National Basketball Ret.<br>475 Park Ave. South<br>New York, NY 10018 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Jack's Place Sportswear<br>No longer operating | NCR Corp.<br>PO Box 740162<br>Cincinnati, OH 45274 |
| Jack's Place Sportswear<br>No longer operating | Gionfriddo International<br>610 W Main<br>Meriden, CT 06451 |
| Jack's Place Sportswear<br>No longer operating | National Clothier Supply<br>PO Box 3706<br>Santa Fe Springs, CA 90670-1706 |
| Jack's Place Sportswear<br>No longer operating | Granite Information<br>1490 Union<br>White Lake, MI 48386 |
| Jack's Place Sportswear<br>No longer operating | Allied Waste<br>P O Box 9001099<br>Louisville, KY 40290 |
| Jack's Place Sportswear<br>No longer operating | Networking Professionals<br>19785 W. 12 Mile Road<br>Southfield, MI 48076 |
| Jack's Place Sportswear<br>No longer operating | Whaling Manufacturing Co<br>BNY Financial Corp<br>PO Box 19352<br>Newark, NJ 07195-0352 |
| Jack's Place Sportswear<br>No longer operating | Next Generations, Inc.<br>PO Box 379<br>Marne, MI 49435 |
| Jack's Place Sportswear<br>No longer operating | Nike USA<br>c/o Muller Muller Richmond, et. al.<br>33233 Woodward Ave.<br>Birmingham, MI 48009 |
| Jack's Place Sportswear<br>No longer operating | Northbrook Clothing Com.<br>4560 W. Touhy Ave.<br>Lincolnwood, IL 60712 |
| Jack's Place Sportswear<br>No longer operating | NO Surrender, Inc.<br>1056 W. Belmont<br>Chicago, IL 60657 |
| Jack's Place Sportswear<br>No longer operating | Nike Team Sports<br>2000 Ellipse<br>Foothill Ranch, CA 92610 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Jack's Place Sportswear<br>No longer operating | New Top<br>Cit Group Commercial Serv.<br>PO Box 1036<br>Charlotte, NC 28201-1036 |
| Jack's Place Sportswear<br>No longer operating | Next Original<br>Cit Group/comm Services<br>PO Box 1036<br>Charlotte, NC 28201-1036 |
| Jack's Place Sportswear<br>No longer operating | Observer & Eccentric<br>PO Box 3202<br>Cincinnati, OH 45263 |
| Jack's Place Sportswear<br>No longer operating | Orion<br>23900 Orchard Lake Road<br>Suite 170<br>Farmington, MI 48336 |
| Jack's Place Sportswear<br>No longer operating | Plante & Moran, LLP<br>505 N. Woodward Ave.<br>Suite 2000<br>Bloomfield Hills, MI 48304-2966 |
| Jack's Place Sportswear<br>No longer operating | Poushak, Inc./Zanetti<br>11800 W. Olympic Blvd.<br>Los Angeles, CA 90064 |
| Jack's Place Sportswear<br>No longer operating | Packaging Service Corp<br>26100 Pinehurst<br>PO Box 71945<br>Madison Heights, MI 48071 |
| Jack's Place Sportswear<br>No longer operating | Pennie L. Rainer<br>19785 W. 12 Mile Road<br>Southfield, MI 48076 |
| Jack's Place Sportswear<br>No longer operating | Refund<br>Sterling Heights, MI 48312 |
| Jack's Place Sportswear<br>No longer operating | Rosenthal & Rosenthal<br>1370 Broadway<br>New York, NY 10018 |
| Jack's Place Sportswear<br>No longer operating | Bishop Evans |
| Jack's Place Sportswear<br>No longer operating | Stacy Adams  Jewelry<br>7781 First Place<br>Bedford, OH 44146 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                                    ,    Case No.    10-46419
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jack's Place Sportswear<br>No longer operating | SBC<br>Bill Payment Center<br>Saginaw, MI 48663-0003 |
| Jack's Place Sportswear<br>No longer operating | Tulliano<br>A G Adjustments<br>740 Walt Whitman Road<br>Melville, NY 11747 |
| Jack's Place Sportswear<br>No longer operating | State of Michigan<br>Michigan Dept. of Treasury<br>PO Box 30442<br>Lansing, MI 48909 |
| Jack's Place Sportswear<br>No longer operating | State of Michigan<br>Dept. 77003<br>Detroit, MI 48277 |
| Jack's Place Sportswear<br>No longer operating | Consumer & Industry Ser<br>Corp. Division<br>7150 Harris Drive<br>Lansing, MI 48909 |
| Jack's Place Sportswear<br>No longer operating | Status Men's Apparel<br>7781 First Place<br>Bedford, OH 44146 |
| Jack's Place Sportswear<br>No longer operating | Silversilk<br>135 Grand Street Unit A<br>Carlstadt, NJ 07072 |
| Jack's Place Sportswear<br>No longer operating | Great Southern SUpply<br>P O Box 1975<br>Lawrenceville, GA 30046 |
| Jack's Place Sportswear<br>No longer operating | Hang It Etc<br>P O Box 251071<br>West Bloomfield, MI 48325 |
| Jack's Place Sportswear<br>No longer operating | Hart Schaffner & Marx<br>3249 Payshpere Circle<br>Chicago, IL 60674 |
| Jack's Place Sportswear<br>No longer operating | Harvard Label Co<br>225 W 35th Street<br>New York, NY 10001 |
| Jack's Place Sportswear<br>No longer operating | Harbor Footwear |
| Jack's Place Sportswear<br>No longer operating | Ital Clothing<br>P O Box 92943<br>Los Angeles, CA 90009 |

Sheet   14   of   23   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  Derrick D. Coleman                                    ,   Case No.     10-46419

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jack's Place Sportswear<br>No longer operating | Tallia Sartoria-Hartz<br>Capital Factors<br>P O Box 628067<br>Orlando, FL 32862 |
| Jack's Place Sportswear<br>No longer operating | Tulliano<br>1375 E Washington<br>Los Angeles, CA 90021 |
| Jack's Place Sportswear<br>No longer operating | United Wisconsin Life<br>P O Box 2013<br>Milwaukee, WI 53201 |
| Jack's Place Sportswear<br>No longer operating | Vira Club Med<br>P O Box 585802<br>Dallas, TX 75258 |
| Jack's Place Sportswear<br>No longer operating | Verim SA<br>645 Fifth Avenue  12th Fl<br>New York, NY 10022 |
| Jack's Place Sportswear<br>No longer operating | Verizon<br>P O Box 15040<br>Albany, NY 12212 |
| Jack's Place Sportswear<br>No longer operating | Simplicisimus SL<br>P O Box apdo. 36200 Vigo |
| Jack's Place Sportswear<br>No longer operating | Hill Wallack LLP<br>202 Carnegie Center<br>Princeton, NJ 08543 |
| Jack's Place Sportswear<br>No longer operating | Weisman Young PC<br>30100 Telegraph<br>Franklin, MI 48025 |
| Jack's Place Sportswear<br>No longer operating | Xers Whoolas<br>LNA Associates<br>P O Box 92709<br>Los Angeles, CA 90009 |
| Jack's Place Sportswear<br>No longer operating | Yellow Transportation<br>P O Box 5901<br>Topeka, KS 66605 |
| Jack's Place Sportswear<br>No longer operating | Yellow Pages<br>P O Box 29684<br>Dallas, TX 75229 |
| Jack's Place Sportswear<br>No longer operating | Zqkaryah<br>Hannah Financial<br>Los Angeles, CA 90074 |

Sheet __15__ of __23__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re __Derrick D. Coleman__ , Case No. __10-46419__
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jack's Place Sportswear<br>No longer operating | Zanetti Sport<br>Wells Fargo Century<br>P O Box 360286<br>Pittsburgh, PA 15250 |
| Jack's Place Sportswear<br>No longer operating | Zip Printing<br>28635 Southfield<br>Southfield, MI 48076 |
| Jahn Construction, LLC | Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 |
| John Kim | Department of Energy<br>Wage and Hour Division<br>PO Box 30476<br>Lansing, MI 48909-7976 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Comerica Bank<br>c/o Dawda, Mann, Mulcahy & Sadler, PLC<br>39533 Woodward Ave., Suite 200<br>Bloomfield Hills, MI 48304 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Canon Financial Services, Inc.<br>c/o Howard N. Sobel, Esq.<br>507 Kresson Road, PO Box 1525<br>Voorhees, NJ 08043 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Sunset West Investments, LLC<br>7115 Orchard Lake Road<br>Suite 220<br>West Bloomfield, MI 48322 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Sunset West Investments, LLC<br>7115 Orchard Lake Road<br>Suite 220<br>West Bloomfield, MI 48322 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | GMAC Commercial Finance, LLC<br>c/o HOA Building<br>715 Mamaroneck Ave., PO Box 780<br>Mamaroneck, NY 10543-0780 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Workers United<br>Chicago and Midwest Regional Joint Board<br>333 South Ashland Ave.<br>Chicago, IL 60607 |

Sheet __16__ of __23__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Derrick D. Coleman                                                ,    Case No.    10-46419
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Nike USA<br>c/o Muller Muller Richmond, et. al.<br>33233 Woodward Ave.<br>Birmingham, MI 48009 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Flaster Greenberg<br>1810 Chapel Ave West<br>Cherry Hill, NJ 08002-4609 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Accident Fund<br>PO Box 77000<br>Dept. 77125<br>Detroit, MI 48277-0125 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Amalgamated Fund Life<br>333 Westchester<br>West Harrison, NY 10604 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | MMA/Met Life Insurance<br>620 S. Capitol<br>Lansing, MI 48901 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Chicago & Midwest Regional<br>333 South Ashland<br>Chicago, IL 60607 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | American Express<br>Box 0001<br>Los Angeles, CA 90096 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | AT&T<br>P O Box 8100<br>Aurora, IL 60507 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | AT&T Advertising<br>100 Big Beaver  13th Floor<br>Troy, MI 48083 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Allied Waste<br>1633 Highwood W<br>Pontiac, MI 48340 |

Sheet   17   of   23   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re   Derrick D. Coleman                                                    ,   Case No.   10-46419
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Blue Cross Blue Shield<br>P O Box 660820<br>Dallas, TX 75266 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | A B Diversified<br>1176 State Route 9<br>Champlain, NY 12919 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | AGS Footwear<br>P O Box 6444<br>11234 Air Park Road<br>Ashland, VA 23005 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Allied Insurance<br>P O Box 10479<br>Des Moines, IA 50306 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Comcast Spotlight<br>P O Box 850054433<br>Philadelphia, PA 19178 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | CBS Radio<br>22800 Network Place<br>Chicago, IL 60673 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Chase Bank<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Detroit Media Partnership<br>615 W Lafayette<br>Detroit, MI 48226 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Flagstar Greenberg<br>1810 Chapel Avenue W<br>Cherry Hill, NJ 08002 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Guardian Alarm<br>20800 Southfield Road<br>Southfield, MI 48075 |

Sheet   18   of   23   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

In re    Derrick D. Coleman                                                    ,    Case No.    10-46419
                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Mr. Mat Rental Service<br>18500 Fitzpatrick<br>Detroit, MI 48228 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Packaging Service Corp<br>26100 Pinehurst<br>PO Box 71945<br>Madison Heights, MI 48071 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | S&M Heating Sales<br>23262 Telegraph<br>Southfield, MI 48033 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Sternlite Corp<br>13225 SW 88 Avenue<br>Miami, FL 33256 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Terminix<br>24050 Vance<br>Hazel Park, MI 48030 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | UPS<br>Lockbox 577<br>Carol Stream, IL 60197 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | WVMV FM<br>26495 American Drive<br>Southfield, MI 48034 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Verizon Wirelsss<br>777 Bis Timber Road<br>Elgin, IL 60123 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | WGPR 107.5 FM<br>3146 E Jefferson<br>Detroit, MI 48207 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Le La Knitwear<br>5425 Casgrain #601<br>Montreal QC CA |

Sheet   19   of   23   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re __Derrick D. Coleman_____,   Case No. ___10-46419_____

                                    **Debtor**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Excel High Inc<br>1370 Broadway<br>New York, NY 10018 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | DSS Leather<br>1850 NW 9th Avenue<br>Miami, FL 33172 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Angelino's Men's Wear<br>1006 S Olive STreet<br>Los Angeles, CA 90015 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Christopher Lena<br>937 Sandhill<br>Carson, CA 90746 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Cole Haan<br>Coast to Coast Collectibles<br>366 N Broadway<br>Jericho, NY 11753 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | American Hanger<br>410 Clermont Terrance<br>Union, NJ 07083 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Crown Clothing<br>340 Vanderbilt<br>Norwood, MA 02062 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Dreamworld International<br>10073 Sand Meyer Lane<br>Philadelphia, PA 19116 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Enzone Fashions<br>9170 Independent Avenue<br>Chatsworth, CA 91311 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at  Ford Field<br>Detroit, MI 48226 | Garment Group<br>1319 Boyd Street<br>Los Angeles, CA 90033 |

Sheet __20__ of __23__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re __Derrick D. Coleman_____, Case No. ___10-46419_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | G-111 Leather Fashions<br>1000 Secausus<br>Secaucus, NJ 07094 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Jimmy Sales Neckwear<br>243 44th Street<br>Brooklyn, NY 11232 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | J&G Trybus<br>5535 Red Bird Center Drive #120<br>Dallas, TX 75237 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Leonardo Valenti<br>308 W 14th Street<br>Los Angeles, CA 90015 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Silversilk<br>135 Grand Street Unit A<br>Carlstadt, NJ 07072 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Stacy Adams Jewelry<br>7781 First Place<br>Bedford, OH 44146 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | RHE Hatco<br>P O Box 971273<br>Dallas, TX 75397 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Status Men's Apparel<br>7781 First Place<br>Bedford, OH 44146 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Nike Team Sports<br>2000 Ellipse<br>Foothill Ranch, CA 92610 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Deference Corp<br>333 Earle Ovinston<br>Uniondale, NY 11553 |

Sheet __21__ of __23__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

In re    Derrick D. Coleman                                    ,    Case No.    10-46419
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Tulliano<br>A G Adjustments<br>740 Walt Whitman Road<br>Melville, NY 11747 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Christopher Lena<br>937 E Sandhill Lane<br>Carson, CA 90746 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Gruppo Bravo<br>761 S Los Angeles<br>Los Angeles, CA 90014 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | LND Neckwear<br>35 Meadow Street<br>Brooklyn, NY 11206 |
| JP Sportswear, LLC<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Banc of America Leasing and Capital, LLC<br>c/o Nicola G. Suglia Esq.<br>Plaza 1000 at Main St., Suite 208<br>Voorhees, NJ 08043 |
| SGB Acquisition Group, LLC<br>d/b/a Sweet Georgia Brown<br>No longer operating | Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 |
| SGB Acquisition Group, LLC<br>d/b/a Sweet Georgia Brown<br>No longer operating | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| SGB Acquisition Group, LLC<br>d/b/a Sweet Georgia Brown<br>No longer operating | Epoch Restaurant Group |
| SGB Acquisition Group, LLC<br>d/b/a Sweet Georgia Brown<br>No longer operating | Liquor Control Commission<br>Department of Energy Labor & Economic Gr<br>7150 Harris Drive, PO Box 30005<br>Lansing, MI 48909-7505 |
| Snyx Sneaker Studio<br>8961 Linwood<br>Detroit, MI 48206 | Department of Energy<br>Wage and Hour Division<br>PO Box 30476<br>Lansing, MI 48909-7976 |
| The Derrick D. Coleman Trust<br>U/A/D 10/10/90, as amended and restated<br>195 Charrington Court<br>Beverly Hills, MI 48025 | Comerica Bank<br>c/o Dawda, Mann, Mulcahy & Sadler, PLC<br>39533 Woodward Ave., Suite 200<br>Bloomfield Hills, MI 48304 |

Sheet __22__ of __23__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  Derrick D. Coleman
                                                            ,  Case No.   10-46419
                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Yvonne E. Sesko | PNC Mortgage Corp.<br>PO Box 1820<br>Dayton, OH 45401-1820 |

Sheet  23  of  23  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   Derrick D. Coleman                       Case No.    10-46419
                                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Mother<br>Son<br>Daughter | AGE(S):<br>-<br>13<br>8 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Self-employed | Self-employed |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 6,000.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 6,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,000.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     No expected changes in employment.

In re   Derrick D. Coleman                      Case No.   10-46419

                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?       Yes ___       No _X_ | | |
| b. Is property insurance included?       Yes ___       No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 750.00 |
|            b. Water and sewer | $ | 80.00 |
|            c. Telephone | $ | 100.00 |
|            d. Other   See Detailed Expense Attachment | $ | 640.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 70.00 |
| 4. Food | $ | 450.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 300.00 |
| 7. Medical and dental expenses | $ | 600.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 1,000.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 200.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)    Property taxes | $ | 833.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   Misc. exp. (hair care, license tabs, stamps etc.) | $ | 50.00 |
|       Other   School activities, tuition, lunches | $ | 470.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,993.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 6,000.00 |
| b.    Average monthly expenses from Line 18 above | $ | 5,993.00 |
| c.    Monthly net income (a. minus b.) | $ | 7.00 |

In re    Derrick D. Coleman                                    Case No.    10-46419
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cell phones | $ | 200.00 |
| Cable and Internet | $ | 250.00 |
| Assocations dues | $ | 190.00 |
| **Total Other Utility Expenditures** | $ | 640.00 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Derrick D. Coleman            Case No.    10-46419

                          Debtor(s)          Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___97___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    April 7, 2010            Signature:    /s/ Derrick D. Coleman

                                                        Debtor

Date                                 Signature:

                                           (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date                                 Signature:

                                           [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Derrick D. Coleman                                  Case No.    10-46419

                                        Debtor(s)            Chapter     7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

―――――――――――――――――――――――

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,000.00 | 11/2009 - Tim Horton's - draw |
| $0.00 | 2008 - Employment - Unknown |
| $0.00 | 2009 - Employment - Unknown |
| $18,000.00 | 2010 - Employment - YTD estimated |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Comerica Bank vs. Derrick D. Coleman, DD One, LLC, DC Investments, LLC, JP Sportswear, LLC, D&N Ventures, LLC and The Derrick D. Coleman Trust U/A/D, as amended and restated Case No. 09-103120-CK | Collection | Oakland County Circuit Court | Judgment |
| The Detroit Economic Growth Corp. vs. Derrick Coleman Case No. 09-030794-CK | Collection | Third Circuit Court | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Nike USA vs. Derrick Coleman, Inc. d/b/a Collections at Jack's Place a/k/a Jack's Place Menswear Case No. 09-103585-CK | Collection | Oakland County Circuit Court | Judgment |
| In Re Dell, Inc. Securities Litigation Civil Action No. A-06-CA-726-SS | Class Action | Western District of Texas Austin Division | Proposed Settlement |
| Civil & Environmental Consultants vs. Derrick Coleman Case No. GC093468 | Collection | 46th District Court | Judgment |
| Wade Trim Associates/Ladonna Gol vs. Derrick Coleman Case No. 10-01-0585-SC | Collection | 23rd District Court | Pending |
| In Re Marsh & McLennan Companies, Inc., Securities Litigation Civil Action No. 04-CV-08144 (CM) | Class Action | United States District Court, Southern District of New York | Settlement |
| Department of Administrative Hearings vs. DC Investments, LLC Case No. 09011091DAH | Collection | City of Detroit, Department of Administrative Hearings, 561 East Jefferson, Detroit, MI 48226 | Pending |
| CIT Group Commercial vs. Derrick Coleman, Inc. d/b/a Collections at Jack's Place a/k/a Jack's Place Menswear Case No. GC 09-3764 | Collection | 46th District Court | Pending |
| Canon Financial Services, Incl vs. JP Sportswear, LLC; Bartel Welsh and FM Webmasters, LLC Case No. BUR-L-2028-07 | Collection | Superior Court of New Jersey, Burlington County | Pending |
| Zakaryah, Inc. vs. Derrick Coleman, Inc. d/b/a Jack Place aka Jack's Place Menswear Case No. GC 09-4136 | Collection | 46th District Court | Judgment |
| Sunset West Investments vs. JP Sportswear, LLC Case No. LT-09-4139 | Collection | 46th District Court | Judgment |
| Banc of America Leasing and Capital, LLC vs. JP Sportswear, LLC and FM Webmasters, LLC Case No. L-1739-07 | Collection | New Jersey Superior Court, Burlington County | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| TMST Home Loans, Inc. f/k/a Thornburg Mortgage Home Loans PO Box 77404 Trenton, NJ 08628 | 10/13/09 | 1888 Lockwood, Highland, MI 48356-2841 (lots 105 + 106) $900,000.00 |
| PNC Mortgage Corp. PO Box 1820 Dayton, OH 45401-1820 | 8/19/09 | Condo 2522 Woodward Ave., Detroit, MI 48205 - $40,000.00 (foreclosure sale date 8/19/09) (joint with Yvonne E. Sesko) $40,000.00 |
| PNC Mortgage Corp. PO Box 1820 Dayton, OH 45401-1820 | Unknown | Condo 811 Pallister, Detroit, MI 48205 (Aunt is living in property) $40,000.00 |

**6. Assignments and receiverships**

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Comerica Bank c/o Dawda, Mann, Mulcahy & Sadler, PLC 39533 Woodward Ave., Suite 200 Bloomfield Hills, MI 48304 | 11/19/2009 | |

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| David Findling, Esq.<br>415 S. West St.<br>Royal Oak, MI 48067 | Comerica Bank vs. Derrick D. Coleman, et. al.<br>Case No. 09-103120-CK<br>Oakland County Circuit Court | 11/19/2009 | Jewelry - $2,200.00; Guns - value unknown<br>Comerica CD - $598,721.68<br>Freeze on all bank accounts, real estate, automobiles, businesses including bank accounts<br>Items belonging to Debtor's mother taken from Debtor's mother's home - value unknown; 1990 Player of the Year Trophy; 1991 HALO Award from NJ Nets; D.C. with Pippenp Photo; 1990 Big East photo; D.C. family trophy; D.C. Minute Made photo - 1990<br>D.C. Minute Made photo - 1991; D.C. 1993 Best of 5 MVP trophy; 3 autographed basketballs, etc. |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GreenPath Debt Solutions<br>20100 Civic Center Drive<br>Suite 216<br>Southfield, MI 48076 | Prior to filing | $60.00 |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gold, Lange & Majoros<br>24901 Northwestern Hwy<br>Suite 444<br>Southfield, MI 48075 | 10/28/2009<br>3/2/10 | $5,000.00<br>$5,000.00 |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Derek Neher<br><br>None | 12/8/08 | 2001 Evolution 26ft Pontoon boat, motor and hoist - $7,500.00<br>Snowmobile - $4,000.00 |
| Robert J. Paschall<br>1888 Lockwood<br>Highland, MI 48356<br>Friend | 7/9/08 | 1888 Lockwood, Highland, MI - $1.00 |
| Dassie M. Coleman<br>30615 Vernon<br>Beverly Hills, MI 48025<br>Mother | 2/4/2010 | 30615 Vernon, Beverly Hills, MI 48025 - $0.00 - Quit Claim was signed and dated 5/1/2002 but not recorded until 2/4/10 |
| Abandoned<br><br>None | 2008 | 2 Honda jet skis |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Comerica Bank | CD - $598,721.68 | 8/10/2009 |
| Valley National Bank | Small business account in Debtor's name - $2,195.56 | 10/7/09 |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Minor children | Custodian accounts son - $48,663.00 daughter - $75,419.00 | JP Morgan Chase |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| DD One, LLC d/b/a Hungry Howies | | a/k/a HH One, LLC 8991 Linwood Detroit, MI 48206 | Restaurant | 2007-present |
| DC Investments, LLC | | 195 Charrington Beverly Hills, MI 48025 | Holding company | |
| J.P. Sportswear, LLC | 34-2002409 | d/b/a  Jack Place a/k/a Jack's Place Menswear | Retail | 7/2004 - 10/2009 |
| D&N Ventures, LLC | | 195 Charrington Beverly Hills, MI 48025 | Apartment complex at 225-231- W. Broadway, Paterson, NJ | 8/2003 - present |
| Beyond The Arc, LLC | | 195 Charrington Beverly Hills, MI 48025 | Concert promotions | 2005-2007 |
| 34-44, LLC | | d/b/a Tim Hortons | Restaurant | 2009-present |
| Derrick Coleman Enterprises, LLC | | | Holiding | |
| Hilton Garden Suite, LLC | 38-3589461 | a/k/a DHG Associates, LP | Hotel | |
| Snyx, LLC | | a/k/a Snyx Lynwood, LLC | Retail | 2007-2009 |
| Barber Lounge, LLC | | | Barber shop | 2007-present |
| Digitz, LLC | | | Cell phone bill payment center | 2008-2009 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| The Coleman Collection, LLC | 20-2269987 | | Clothing line | |
| Hazelwood Hotel Investments, LLC | | DHG Associates, LP No longer operating | | |
| Derrick Coleman Foundation | | | | |
| Coleman's Corner, LLC | | | | |
| SGB Acquisition Group, LLC | 20-3841148 | d/b/a Sweet Georgia Brown No longer operating | Full-service restaurants | |
| Riopelle Partners, LLC | | | | |
| Exklusive Flavors, LLC | 20-5497450 | 11014 Whittier Street Detroit, MI 48224 | Retail | 7/1/2006-2006 |
| PTP - I Shares GSCI Commodity - | 51-6573369 | Indexed Trust | | |
| Derrick Coleman Irr Tr for Gina | 38-6766303 | | | |
| Exclusive Flavors | 34-2002408 | | | |
| Synergy Trade Solutions, LLC | 27-0515038 | | | |
| Jahn Construction, LLC | 38-3634006 | | | |
| DHG Associates, LP | 38-3589461 | | | |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
Debtor

Cecilia Simmons, CPA

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Debtor | |

Cecilia Simmons, CPA

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    April 7, 2010         Signature    /s/ Derrick D. Coleman

                                               Derrick D. Coleman

                                               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                  Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
### Eastern District of Michigan

In re    Derrick D. Coleman              Case No.   10-46419
                              Debtor(s)          Chapter   7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Derrick D. Coleman             X   /s/ Derrick D. Coleman        April 7, 2010
Printed Name(s) of Debtor(s)              Signature of Debtor          Date

Case No. (if known)   10-46419          X _____
                                     Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

45 Uptown Row at New Center
c/o The Highlander Group, Inc.
1899 Orchard Lake Road, Ste. 204
Keego Harbor MI 48320


46th Dist Court
26000 Evergreen
Southfield MI 48076


A B Diversified
1176 State Route 9
Champlain NY 12919


Accident Fund
PO Box 77000
Dept. 77125
Detroit MI 48277-0125


Advance Restaurant Finance, LLc
c/o Stillman Law Office
7091 Orchard Lake Road, Suite 270
West Bloomfield MI 48322-3654


Advanced Packaging
1365  38th Street
Brooklyn NY 11218


AGS Footwear
P O Box 6444
11234 Air Park Road
Ashland VA 23005


Allied Insurance
P O Box 10479
Des Moines IA 50306


Allied Waste
1633 Highwood W
Pontiac MI 48340

Allied Waste
P O Box 9001099
Louisville KY 40290


Allora Sky High Unlimited
1375 Washington
Los Angeles CA 90021


Allstate Insurance
75 Executive Parkway
Hudson OH 44237


Amalgamated Cotton
333 Westchester
West Harrison NY 10604


Amalgamated Fund Life
333 Westchester
West Harrison NY 10604


American Ad Specialties
1026 Midland
Royal Oak MI 48073


American Express
c/o Law Offices of Mitchell N. Kay, PC
PO Box 9006
Smithtown NY 11787-9006


American Express
PO Box 981537
El Paso TX 79998-1537


American Express
Box 0001
Los Angeles CA 90096

American Hanger
410 Clermont Terrance
Union NJ 07083


American Speedy Printing
28841 Southfield
Southfield MI 48076


Ameritech
Bill Payment Center
Saginaw MI 48663


Amica
P O Box 9128
Providence RI 02940


Angelino
4601 StSte Avenue #8
Kansas City KS 66102


Angelino's Men's Wear
1006 S Olive STreet
Los Angeles CA 90015


Angelo
110 E 9th #A485
Los Angeles CA 90079


Arbor Springs Water
855 E Cambourne
Ferndale MI 48220


Assistant Attorney General
3030 W. Grand Blvd., Suite 10-220
Detroit MI 48202

AT&T
P O Box 8100
Aurora IL 60507


AT&T
P O Box 6416
Aurora IL 60507


AT&T Advertising
100 Big Beaver  13th Floor
Troy MI 48083


ATT Yellow Pages
P O Box 8112
Aurora IL 60507


Banasch's
3380 Red Bank Road
Cincinnati OH 45212


Banc of America Leasing and Capital, LLC
c/o Nicola G. Suglia Esq.
Plaza 1000 at Main St., Suite 208
Voorhees NJ 08043


Bank One Cardmember Service
P O Box 94014
Palatine IL 60094


Barber Lounge, LLC


Bardini
901 S Main
Los Angeles CA 90015

Bartel Welsh

Bassiri Inc
1440 E Washington
Los Angeles CA 90021

Belvedere
7075 Commerce Circle #C
Pleasanton CA 94588

Bishop Evans

Blue Cross Blue Shield
P O Box 660820
Dallas TX 75266

Blue Cross Blue Shield
P O Box 79001
Detroit MI 48279

Bodman, LLP
6th Floor at Ford Field
1901 St. Antoine St.
Detroit MI 48226

Canon Financial Services, Inc.
c/o Howard N. Sobel, Esq.
507 Kresson Road, PO Box 1525
Voorhees NJ 08043

CBS Radio
22800 Network Place
Chicago IL 60673

Cecilia Simmons, CPA
27881 Southfield Road
Lathrup Village MI 48076


Certified Valuations, Inc.
447 Route 10
Suite 8
Randolph NJ 07869


Charrington Crossing Condo Assn.
140 Charrington Court
Beverly Hills MI 48025


Charter Township of Highland
205 N. John St.
Highland MI 48357


Charter Township of White Lake
7525 Highalnd Road
White Lake MI 48383


Chase Bank
Cardmember Service
PO Box 94014
Palatine IL 60094-4014


Chase Bank USA, NA
800 Brooksedge Blvd.
Westerville OH 43081-2822


Chicago & Midwest Regional
333 South Ashland
Chicago IL 60607


Christopher Lena
937 Sandhill
Carson CA 90746

Christopher Lena
937 E Sandhill Lane
Carson CA 90746


CIT
134 Wooding
Danville VA 24552


CIT Group Commercial
c/o John F. Muller, Jr., Esq.
33233 Woodward Ave.
Birmingham MI 48009


City of Detroit - Treasury Division
Coleman A. Young Municipal Center
2 Woodward Ave., Room 120
Detroit MI 48226


City of Detroit Treasurer
P O Box 67000
Detroit MI 48267


City of LathrupVillage
27400 Southfield Road
Southfield MI 48076


City Suites, Inc.
65 Cadillac Square
Suite 2200
Detroit MI 48226


Civil & Environmental Consultants
c/o Robert W. Warner, Esq.
707 E. Maple Road, Ste. 102
Troy MI 48083

Cole Haan
Coast to Coast Collectibles
366 N Broadway
Jericho NY 11753


Coleman Wolf Supply
15201 E 11 Mile Road
Roseville MI 48066


Coleman's Corner, LLC
27881 Southfield Road
Southfield MI 48076-3415


Comcast Spotlight
P O Box 850054433
Philadelphia PA 19178


Comerica
PO Box 641618
Detroit MI 48264-1618


Comerica Bank
c/o Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Ave., Suite 200
Bloomfield Hills MI 48304


Comerica Bank
One Detroit Center
500 Woodward Avenue
Detroit MI 48226


Consumer & Industry Ser
Corp. Division
7150 Harris Drive
Lansing MI 48909

Consumers Energy
Bankruptcy Department
4600 Coolidge Hwy
Royal Oak MI 48073


Couzens Lansky Fealk
39395 W 12 Mile
Farmington MI 48331


CRF Solutions
2051 Royal Avenue
Simi Valley CA 93065


Crown Clothing
340 Vanderbilt
Norwood MA 02062


Cyberlink SYstems
738 N Denwood
Dearborn MI 48128


D&N Ventures, LLC
30615 Vernon Dr.
Beverly Hills MI 48025


Dave Bing
178 Keelson
Detroit MI 48215


David Findling, Esq.
415 S. West St.
Suite 200
Royal Oak MI 48067


David P. Larsen, Esq.
Bodman, LLP
6th Fl @ Ford Field, 1901 St. Antoine St
Detroit MI 48226

David P. Larsen, Resident Agent
6th Floor at Ford Field
1901 St. Antoine St.
Detroit MI 48226


DC Investments, LLC
30615 Vernon Dr.
Beverly Hills MI 48025


DD One, LLC
30615 Vernon Dr.
Beverly Hills MI 48025


Deedra Wolas, CPA, PLLC
38505 Woodward Ave.
Suite 1700
Bloomfield Hills MI 48304


Deference
c/o Capital Factors
P O Box 628067
Orlando FL 32862


Deference Corp
333 Earle Ovinston
Uniondale NY 11553


Department of Administrative Hearings
561 East Jefferson Ave.
Detroit MI 48226


Department of Energy
Wage and Hour Division
PO Box 30476
Lansing MI 48909-7976


Department of Labor
P O Box 30768

Derrick Coleman Foundation


Derrick Coleman, Inc. dba Jack Place
a/k/a Jack's Place Menswear
30615 Vernon Drive
Beverly Hills MI 48025


Detroit Branch-NAACP
2900 E. Grand Blvd.
Detroit MI 48202


Detroit Economic Growth
500 Griswold #2200
Detroit MI 48226


Detroit Edison
P O Box 2859
Detroit MI 48260


Detroit Media Partnership
615 W Lafayette
Detroit MI 48226


Detroit Regional CHamber
One Woodward
Detroit MI 48232


Dharma Leather
1850 NW 94th
Miami FL 33172


DHG Associates, LP
1468 W. Ninth St.
Suite 135
Cleveland OH 44113

Dixie Lock-Up M-59
PO Box 1134
Highland MI 48357-1134


Dream World International
P O Box 1036
Charlotte NC 28201


Dreamworld International
10073 Sand Meyer Lane
Philadelphia PA 19116


DSS Leather
1850 NW 9th Avenue
Miami FL 33172


DTE Energy Bankruptcy Dept
One Energy Plaza
2160 WCB
Detroit MI 48226


Ely Yawitz Co
P O Box 14325
Saint Louis MO 63178


Empire CLothing
5800 Rue St-Denis #302
Montreal, Quebec, CA H2S 3L5


Enrico Finance One
P O Box 92368
Los Angeles CA 90016


Entergy Integrated
P O Box 6167
Carol Stream IL 60197

Enzone Collection
110 E 9th Street #A429
Los Angeles CA 90079


Enzone Fashions
9170 Independent Avenue
Chatsworth CA 91311


Epoch Restaurant Group


Essential COncepts
18701 Grand River
Detroit MI 48223


Excel Auto Body
24581 Groesbeck
Warren MI 48089


Excel High Inc
1370 Broadway
New York NY 10018


Families of Faith


Famous Inc
P O Box 92024
Los Angeles CA 90009


Fiorio
110 E 97th Avenue #B-986
Los Angeles CA 90079


First USA Bank
P O Box 94014
Palatine IL 60094

Flagstar Greenberg
1810 Chapel Avenue W
Cherry Hill NJ 08002


Flaster Greenberg
1810 Chapel Ave West
Cherry Hill NJ 08002-4609


FM Webmasters, LLC


Fort Valley State Univ


Fortune USA
P O Box 1036
Charlotte NC


Foti Enterprises
3749 N 25th
Schiller Park IL 60176


Fuhng Satin Co
1370 Broadway
New York NY 10018


Fuhng Satin Co
47 Hilton
New Hyde Park NY 11040


G-111 Leather Fashions
1000 Secausus
Secaucus NJ 07094


Garment Group
1319 Boyd Street
Los Angeles CA 90033

Gina M. Coleman
195 Charrington Court
Beverly Hills MI 48025


Gionfriddo International
610 W Main
Meriden CT 06451


GMAC Commercial Finance, LLC
c/o HOA Building
715 Mamaroneck Ave., PO Box 780
Mamaroneck NY 10543-0780


Granite Information
1490 Union
White Lake MI 48386


Great Southern SUpply
P O Box 1975
Lawrenceville GA 30046


Gruppo Bravo
761 S Los Angeles
Los Angeles CA 90014


Guardian Alarm
20800 Southfield Road
Southfield MI 48075


Guardian Security
P O Box 5003
Southfield MI 48086


Hang It Etc
P O Box 251071
West Bloomfield MI 48325

Harbor Footwear


Hart Schaffner & Marx
3249 Payshpere Circle
Chicago IL 60674


Harvard Label Co
225 W 35th Street
New York NY 10001


Hastings Mutual Ins. Co.
404 E. Woodlawn Ave.
Hastings MI 49058-1091


Hastings Mutual Insurance Co.
c/o CMCS 822 E. Grand River Ave.
Brighton MI 48116-1802


Hazelwood Hotel Investments, LLC
No longer operating


Hill Wallack LLP
202 Carnegie Center
Princeton NJ 08543


Hungry Howie's Pizza
30300 Stephenson Hwy.
Suite 200
Madison Heights MI 48071


IDB-Grand Central Statio
PO Box 4711
New York NY 10018-2091

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia PA 19114


Ital Clothing
P O Box 92943
Los Angeles CA 90009


J&G Trybus
5535 Red Bird Center Drive #120
Dallas TX 75237


Jack's Place Sportswear
No longer operating


Jahn Construction, LLC


Jay N. Siefman, Esq.
30833 Northwestern
Suite 205
Farmington Hills MI 48334


Jeffrey A. Cohen, Esq.
1810 Chapel Ave. West.
Cherry Hill NJ 08002


Jimmy Sales Neckwear
243 44th Street
Brooklyn NY 11232


Joey T' Auto Repair
200 Bergen Tpke
Little Ferry NJ

John Kim

JP Morgan Chase
PO Box 9001034
Louisville KY 40290-1034

JP Morgan Chase Bank, NA
PO Box 260180
Baton Rouge LA 70826

JP Sportswear, LLC
1901 St. Antoine St.
6th Floor at Ford Field
Detroit MI 48226

Kevin R. Ransom
Woodward Peachtree Capital Partners
535 Griswold, Ste. 2638
Detroit MI 48226

Kim Sung
Hanna Financial
Los Angeles CA 90074

Law Offices of Mitchell N. Kay
7 Penn Plaza
New York NY 10001-3995

Le La Knitwear
5425 Casgrain #601
Montreal QC CA

Leonardo Valenti
308 W 14th Street
Los Angeles CA 90015

Leukemia and Lymphoma


Liquor Control Commission
Department of Energy Labor & Economic Gr
7150 Harris Drive, PO Box 30005
Lansing MI 48909-7505


LND Neckware, Inc.
Cit Group Comm. Services
PO Box 1036
Charlotte NC 28201-1036


LND Neckwear
35 Meadow Street
Brooklyn NY 11206


Mansour Global Trends
6566 Interstate 85 Courl
Norcross GA 30093


MARCS
PO Box 30158
Lansing MI 48909


Mark Layne
31420 Northwestern
Farmington MI 48334


Marx Layne Marketing
31420 Northwestern Hwy.
Suite 100
Farmington MI 48334


Mat Rental Service
18500 Fitzpatrick
Detroit MI 48228-1495

Media Concepts Int'l

Media One
30700 Telegraph Road
Suite 3500
Franklin MI 48025

Media Power
31807 Middlebelt Road
Suite 102
Farmington MI 48334

Merchants Insurance Group
PO Box 4031
Buffalo NY 14240

Michael Christopher Ltd
8595 Pyott Road
Algonquin IL 60102

Michigan Department of Labor
Bureau of Commercial Service
PO Box 30768
Lansing MI 48909

Michigan Department of Labor
Bureau of Commercial Ser
PO Box 30481
Lansing MI 48909-7981

Michigan Department of Treasury
Collection/Bankruptcy Unit
PO Box 30168
Lansing MI 48909

Michigan Dept. of Treasury
Dept. 77889
Detroit MI 48277-0003

Michigan Mfg. Assoc.
PO Box 1427
Lansing MI 48901


MMA Service Corp.
620 S. Capitol Ave.
PO Box 14247
Lansing MI 48901


MMA/Met Life Insurance
620 S. Capitol
Lansing MI 48901


Modextil/Cit Group/Comm.
Cit Group
PO Box 1036
Charlotte NC 28201-1036


Monast, Goldstein, Hess
37000 Grand River
Suite 280
Farmington MI 48335


Mr. Mat Rental Service
18500 Fitzpatrick
Detroit MI 48228


Muller Muller Richmond et al
33233 Woodward
Birmingham MI 48012


N.I.J. Appraisal Network
140 Lincoln Ave.
Hawthorne NJ 07506


National Basketball Ret.
475 Park Ave. South
New York NY 10018

National Clothier Supply
PO Box 3706
Santa Fe Springs CA 90670-1706


Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley PA 18002-6314


NBA Exhibits
1225 11th St. NW
Washington DC 20001


NCR Corp.
PO Box 740162
Cincinnati OH 45274


Networking Professionals
19785 W. 12 Mile Road
Southfield MI 48076


New Jersey Auto Recovery Inc.
PO Box 2011
Union NJ 07083


New Top
Cit Group Commercial Serv.
PO Box 1036
Charlotte NC 28201-1036


Next Generations, Inc.
PO Box 379
Marne MI 49435


Next Original
Cit Group/comm Services
PO Box 1036
Charlotte NC 28201-1036

Nike Team Sports
2000 Ellipse
Foothill Ranch CA 92610


Nike Team Sports
PO Box 277482
Atlanta GA 30384


Nike USA
c/o Muller Muller Richmond, et. al.
33233 Woodward Ave.
Birmingham MI 48009


Nike USA, Inc.
7932 Collection Center Drive
Chicago IL 60693


NO Surrender, Inc.
1056 W. Belmont
Chicago IL 60657


Northbrook Clothing Com.
4560 W. Touhy Ave.
Lincolnwood IL 60712


Oakland County Treasurer
Building 12 E Dept. 479
1200 N Telegraph Rd.
Pontiac MI 48341-0479


Observer & Eccentric
PO Box 3202
Cincinnati OH 45263


Orion
23900 Orchard Lake Road
Suite 170
Farmington MI 48336

Orlans & Associates, P.C.
PO Box 5041
Troy MI 48007-5041


Packaging Service Corp
26100 Pinehurst
PO Box 71945
Madison Heights MI 48071


Paychex
19853 West Outer Drive
Suite 305
Dearborn MI 48124-2066


Pennie L. Rainer
19785 W. 12 Mile Road
Southfield MI 48076


Philadelphia Department of Revenue
Employee Earnings Tax
PO Box 1648
Philadelphia PA 19105-1648


Plante & Moran, LLP
505 N. Woodward Ave.
Suite 2000
Bloomfield Hills MI 48304-2966


PNC Mortgage Corp.
PO Box 1820
Dayton OH 45401-1820


Poushak, Inc./Zanetti
11800 W. Olympic Blvd.
Los Angeles CA 90064


Refund
Sterling Heights MI 48312

RHE Hatco
P O Box 971273
Dallas TX 75397


Rodney Dumpson
57 Wedgewood Drive
Little Falls NJ


Rosenthal & Rosenthal
1370 Broadway
New York NY 10018


S L Gilbert
40 E 34th Street
New York NY 10016


S&M Heating Sales
23262 Telegraph
Southfield MI 48033


SBC
Bill Payment Center
Saginaw MI 48663-0003


Schneiderman & Sherman, P.C.
23100 Providence Drive
Suite 450
Southfield MI 48075


SGB Acquisition Group, LLC
d/b/a Sweet Georgia Brown
No longer operating


Silversilk
135 Grand Street Unit A
Carlstadt NJ 07072

Simplicisimus SL
P O Box apdo. 36200 Vigo


Snyx Sneaker Studio
8961 Linwood
Detroit MI 48206


Sports Licensed Division
21505 Network Place
Chicago IL 60673


Sprint
c/o ER Solutions, Inc.
PO Box 9004
Renton WA 98057-9004


Stacey Adams
HSBC Business Credit
PO Box 7777-W8720 DP 49941
Los Angeles CA 90088


Stacy Adams  Jewelry
7781 First Place
Bedford OH 44146


State of Mich-UA
PO Box 33598
Detroit MI 48232-5598


State of Michigan
Dept. of Energy, Labor & Economic Growth
PO Box 30191
Lansing MI 48909


State of Michigan
Mich. Dept. of Treasury
Dept. 77889
Detroit MI 48277-0889

State of Michigan
7064 Crowner
Lansing MI 48980


State of Michigan
Michigan Dept. of Treasury
PO Box 30442
Lansing MI 48909


State of Michigan
Dept. 77003
Detroit MI 48277


Status Men's Apparel
7781 First Place
Bedford OH 44146


Sternlite Corp
13225 SW 88 Avenue
Miami FL 33256


Sunset West Investments, LLC
7115 Orchard Lake Road
Suite 220
West Bloomfield MI 48322


Tag MFG
160  7th Street
Brooklyn NY 11215


Tallia Sartoria-Hartz
Capital Factors
P O Box 628067
Orlando FL 32862


Terminix
24050 Vance
Hazel Park MI 48030

The Affiliated Group
21301 Civic Center
Southfield MI 48076


The Derrick D. Coleman Trust
U/A/D 10/10/90, as amended and restated
195 Charrington Court
Beverly Hills MI 48025


The Detroit Economic Growth Corp.
c/o Kotz, Sangster, Wysocki & Berg, PC
400 Renaissance Center, Ste 3400
Detroit MI 48243-1618


The Findling Law Firm, PLC
415 S. West St.
Royal Oak MI 48067


TMST Home Loans, Inc.
f/k/a Thornburg Mortgage Home Loans
PO Box 77404
Trenton NJ 08628


Township of Southfield
18550 W. Thirteen Mile Road
Southfield Township MI 48025


TPC Lawn & Landscape
PO Box 839
Highland MI 48357


Tulliano
A G Adjustments
740 Walt Whitman Road
Melville NY 11747


Tulliano
1375 E Washington
Los Angeles CA 90021

```
Tulliano
Cit Group Comm
PO Box 1036
Charlotte NC 28201-1036


United Wisconsin Life
P O Box 2013
Milwaukee WI 53201


UPS
Lockbox 577
Carol Stream IL 60197


Uptown Row at New Center
c/o The Highlander Group, Inc.
PO Box 63183
Phoenix AZ 85082-3183


Verim SA
645 Fifth Avenue  12th Fl
New York NY 10022


Verizon
P O Box 15040
Albany NY 12212


Verizon North, Inc.
500 Technology Dr.
Ste. 300
Weldon Springs MO 63304


Verizon Wireless - Great Lakes
1515 E. Woodfield Rd., Ste. 1400
Attn: Recovery Dept.
Schaumburg IL 60173-5443


Verizon Wirelsss
777 Bis Timber Road
Elgin IL 60123
```

Vira Club Med
P O Box 585802
Dallas TX 75258


Voss, Michaels Lee 7 Associates
PO Box 1829
Holland MI 49422


Wade Trim Assoc/Ladonna Gol
25251 Northline Road
Taylor MI 48180


Wayne County Treasurer
Raymond J. Wojtowicz
400 Monroe, 5th Floor
Detroit MI 48226-2942


Weisman Young PC
30100 Telegraph
Franklin MI 48025


WGPR 107.5 FM
3146 E Jefferson
Detroit MI 48207


Whaling Manufacturing Co
BNY Financial Corp
PO Box 19352
Newark NJ 07195-0352


Workers United
Chicago and Midwest Regional Joint Board
333 South Ashland Ave.
Chicago IL 60607


WVMV FM
26495 American Drive
Southfield MI 48034

Wyckhuyse & Associates CPAS' PC
316 Town Center Drive
Troy MI 48084


Xers Whoolas
LNA Associates
P O Box 92709
Los Angeles CA 90009


Yellow Pages
P O Box 29684
Dallas TX 75229


Yellow Transportation
P O Box 5901
Topeka KS 66605


Yvonne E. Sesko


Zakaryah, Inc.
c/o John F. Muller, Jr., Esq.
33233 Woodward Ave.
Birmingham MI 48009


Zanetti Sport
Wells Fargo Century
P O Box 360286
Pittsburgh PA 15250


Zip Printing
28635 Southfield
Southfield MI 48076


Zqkaryah
Hannah Financial
Los Angeles CA 90074